IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAMIEN GUEDES**, *et al.* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | Civil Action No. 1:18-cv-2988 |
| | : | |
| **BUREAU OF ALCOHOL, TOBACCO,** | : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF FILING EXHIBITS

Plaintiffs hereby give notice of filing the exhibits listed below, which were exhibits to Firearm Policy Coalition, Inc.'s and Firearm Policy Foundation's Comment in Opposition of the Notice of Proposed Rulemaking. [1] Due to their nature, they are unable to be filed electronically through the Court's ECF System.

| Exhibit Number | Description | Location |
|---|---|---|
| 3 | Video: Iraqveteran8888, Worlds Fastest Shooter vs Bump Fire! – Guns Reviews, YouTube, October 13, 2014 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 4 | Video: Miculek.com, AR-15 5 shots in 1 second with fastest shooter ever, Jerry Miculek (Shoot Fast!), YouTube, June 20, 2013 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| | | |

---

[1] Firearm Policy Coalition's comment is Exhibit A to the complaint.

| | | |
|---|---|---|
| 11 | Video: Shooting Videos, Rapid manual trigger manipulation (Rubber Band Assisted), YouTube, December 14, 2006 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 12 | Video: StiThis1, AK-47 75 round drum Bumpfire!!!, YouTube, September 5, 2011 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 13 | Video: ThatGunGuy45, 'Bump Fire' without a bump-fire stock, courtesy of ThatGunGuy45, YouTube, October 13, 2017 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 14 | Video: M45, How to bumpfire without bumpfire stock, YouTube, October 8, 2017 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 17 | Video: Vice News, Meet One Of The Analysts Who Determined That Bump Stocks Were Legal, YouTube, October 11, 2017 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 18 | Video: Fastest Shooter OF ALL TIME! Jerry Miculek \| Incredible Shooting Montage, DailyMotion, 2014 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |
| 26 | Video: Molon Labe, hogan 7 m16.wmv, YouTube, October 25, 2011 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits |

| | | electronic filing. |
|---|---|---|
| 28 | Video: Adam Kraut Esq. and Patton Media and Consulting, Bump Stock Analytical Video, June 14, 2018 | This exhibit is maintained by counsel and available upon request. As it is video footage, the exhibit is not in a format that readily permits electronic filing. |

                                            Respectfully Submitted,

                                            _____

                                            Adam Kraut, Esq.
                                            D.C. Bar No. PA0080
                                            AKraut@CivilRightsDefenseFirm.com

                                            Joshua Prince, Esq.
                                            D.C. Bar No. PA0081
                                            Joshua@CivilRightsDefenseFirm.com

                                            Civil Rights Defense Firm, P.C.
                                            646 Lenape Road
                                            Bechtelsville, PA 19505
                                            (888) 202-92973 (t)
                                            (610) 400-8439 (f)

                                            Attorneys for Plaintiffs