IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al.* | : |
| | : |
| **Plaintiffs** | : |
| v. | : Civil Action No. 1:18-cv-2988 |
| | : |
| **BUREAU OF ALCOHOL, TOBACCO,** | : |
| **FIREARMS AND EXPLOSIVES**, *et al.* | : |
| | : |
| **Defendants** | : |

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc. which have any outstanding securities in the hands of the public.

No such parent companies, subsidiaries, affiliates or other company own at least 10% of the stock in either corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

                                        Respectfully Submitted,

                                        _____
                                        Adam Kraut, Esq.
                                        D.C. Bar No. PA0080

                                        AKraut@CivilRightsDefenseFirm.com
                                        Civil Rights Defense Firm, P.C.
                                        646 Lenape Road
                                        Bechtelsville, PA 19505
                                        (888) 202-92973 (t)
                                        (610) 400-8439 (f)

                                        Attorney for Plaintiffs