IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al* : | |
| : | |
| **Plaintiffs** : | |
| v. : | Civil Action No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* : | |
| : | |
| **Defendants** : | |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 7 and 65, Plaintiffs Damien Guedes, Firearms Policy Coalition, Inc., and Firearms Policy Foundation hereby move for a preliminary injunction.

As this Motion is being filed simultaneously with the Complaint, pursuant to LR 7(m), while the undersigned has been unable to ascertain the identity of counsel for Defendants at this time, it is believed that the Defendants oppose this motion.

Respectfully Submitted,

_____
Adam Kraut, Esq.
D.C. Bar No. PA0080
AKraut@CivilRightsDefenseFirm.com

Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505

(888) 202-9297 (t)
(610) 400-8439 (f)

Attorneys for the Plaintiffs