IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al.* : | |
| : | |
| **Plaintiffs** : | |
| **v.** : | Civil Action No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* : | |
| : | |
| **Defendants** : | |

# **ORDER**

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction.

Upon consideration of Plaintiffs' motion and the entire record, good cause having been shown, Plaintiffs' motion is **HEREBY GRANTED**.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, **ARE HEREBY ENJOINED**, from implementing and enforcing the regulation against the Plaintiffs and anyone similarly situated.

This injunction shall remain in force pending the final judgment in this case.

The Court further finds that no bond or other security shall be required of the Plaintiffs.

IT IS SO ORDERED.

Dated: _____                    _____

                                           J.

*Copies to be sent to:*

Adam Kraut, Esq. and Joshua Prince, Esq.
Civil Rights Defense Firm, P.C.

646 Lenape Road
Bechtelsville, PA 19505

Acting Attorney General Matthew Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Acting Director Thomas Brandon
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, N.E.,
Washington, DC 20226

United States of America
Attention Civil Process Clerk
United States Attorney's Office - District of Columbia
555 4th Street, NW
Washington, DC 20530