# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al.* : | |
| : | |
| **Plaintiffs** : | |
| v. : | Docket No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2018, the Complaint, Motion for Preliminary Injunction and Brief in Support of Preliminary Injunction were served upon the Defendants via overnight service at the following:

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,**
99 New York Avenue, N.E.,
Washington, DC 20226

**MATTHEW WHITAKER,**
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**THOMAS E. BRANDON,**
Bureau of Alcohol, Tobacco, Firearms, and Explosives
99 New York Avenue, N.E.,
Washington, DC 20226

**UNITED STATES OF AMERICA**
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Respectfully Submitted,

_____
Adam Kraut, Esq.
D.C. Bar No. PA0080

AKraut@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)

Attorney for Plaintiffs
