**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAMIEN GUEDES,<br>　　　　　*et al.*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES,<br>　　　　　*et al.*<br><br>　　　　　Defendants. | Case No.  1:18-cv-02988<br>Judge: |

**STIPULATED EXTENSION OF BRIEFING SCHEDULE
FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, ECF NO. 2**

The parties in the above-captioned action have met and conferred and agreed to a three business-day stipulated extension of the briefing schedule regarding Plaintiffs' Motion for a Preliminary Injunction, ECF No. 2, as follows:

1) Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed on or before December 31, 2018;

2) Plaintiffs' Reply in Support of the Motion for Preliminary Injunction, if any, shall be filed on or before January 7, 2019;

3) The deadline for a hearing date on Plaintiffs' Motion for a Preliminary Injunction, as contemplated by Local Civil Rule 65.1(d), shall be January 11, 2019, absent further action of the Court pursuant to that Local Rule.

Good cause exists for this stipulated extension.  Plaintiffs' Complaint and Motion for Preliminary Injunction were filed on December 18, 2018.  By operation of Local Civil

Rule 65.1(d), Defendants' response would be due December 26, 2018, the day after Christmas. Shortly after Plaintiffs' filing, a federal holiday was declared for December 24, 2018, by Executive Order of the President of the United States. Under the circumstances, an extension of time is warranted to ensure that Defendants can properly respond to the complex legal issues raised by Plaintiffs' Complaint and Motion.

      A proposed order is attached.

Dated: December 19, 2018              Respectfully submitted,

                                      JOSEPH H. HUNT
                                      Assistant Attorney General

                                      JOHN R. TYLER
                                      Assistant Branch Director

                                      /s/
                                      ERIC J. SOSKIN (PA Bar #200663)
                                      Senior Trial Counsel
                                      Federal Programs Branch
                                      U.S. Department of Justice, Civil Division
                                      1100 L Street, NW Rm. 12002
                                      Washington, DC 20530
                                      Telephone: (202) 353-0533
                                      Fax: (202) 616-8470
                                      Email: Eric.Soskin@usdoj.gov
                                      *Counsel for Defendants*


/s/ Joshua Prince

Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com

Adam Kraut, Esq.
D.C. Bar No. PA0080
AKraut@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road

Bechtelsville, PA 19505
(888) 202-9297 (t)
(610) 400-8439 (f)
*Counsel for Plaintiffs*