UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES,<br>   *et al.*<br><br>   Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO<br>FIREARMS, AND EXPLOSIVES,<br>   *et al.*<br><br>   Defendants. | Case No.  1:18-cv-02988<br>Judge |

**[PROPOSED] ORDER**

In light of the parties' stipulation to an extension of time for briefing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 2, it is **HEREBY ORDERED**:

1) Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed on or before December 31, 2018;

2) Plaintiffs' Reply in Support of the Motion for Preliminary Injunction, if any, shall be filed on or before January 7, 2019;

In addition, pursuant to Local Civil Rule 65.1(d) and the parties' stipulation, it is **HEREBY FOUND** that a hearing date on Plaintiffs' Motion for a Preliminary Injunction of January 11, 2019 or earlier will not prejudice the parties.  Accordingly, unless the

Court earlier decides the motion on the papers or makes a further finding, a hearing on Plaintiffs' Motion shall be set on a date before January 11, 2019.

**IT IS SO ORDERED.**

_____                     _____

(Date)

                                                The Hon. _____
                                                United States District Judge