AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Damien Guedes, Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, Matthew Whitaker, Thomas E. Brandon, and the United States of America<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-2988-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
99 New York Avenue, N.E.,
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam J. Kraut
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/21/2018              /s/ Simone Bledsoe
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Damien Guedes, Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, Matthew Whitaker, Thomas E. Brandon, and the United States of America<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-2988-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THOMAS E. BRANDON, Acting Director
Bureau of Alcohol, Tobacco, Firearms, and Explosives
99 New York Avenue, N.E.,
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adam J. Kraut
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/21/2018

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Damien Guedes, Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms, and Explosives, Matthew Whitaker, Thomas E. Brandon, and the United States of America <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-2988-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES OF AMERICA
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam J. Kraut
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/21/2018

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Damien Guedes, Firearms Policy Coalition, Inc., Firearms Policy Foundation, and Madison Society Foundation, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms, and Explosives, Matthew Whitaker, Thomas E. Brandon, and the United States of America <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-2988-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MATTHEW WHITAKER, Acting Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam J. Kraut
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/21/2018                                            /s/ Simone Bledsoe
                                                            *Signature of Clerk or Deputy Clerk*