**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAMIEN GUEDES,
      *et al.*

      Plaintiffs,

  v.

BUREAU OF ALCOHOL, TOBACCO
FIREARMS, AND EXPLOSIVES,
      *et al.*

      Defendants.

Case No. 1:18-cv-02988-DLF
The Hon. Judge Friedrich

**MOTION FOR A STAY OF ALL PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of proceedings in the above-captioned case. In support of this request, undersigned counsel highlights the following:

    1.    At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives, expired and appropriations to the Department lapsed. This inc. The Department does not know when funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys and employees of the Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice has therefore been required to request a stay of proceedings in all pending matters until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Notwithstanding the partial lapse in federal appropriations, earlier today, the Federal Register published, as scheduled, the Final Rule titled "Bump-Stock-Devices" that is the subject of this action. *See* 83 FR 66514 (Dec. 26, 2018), with an effective date in 90 days, on March 26, 2019.

6. Opposing counsel has authorized counsel for the Government to state that Plaintiffs take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

A proposed order is attached.

Dated: December 26, 2018           Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

                                   JOHN TYLER
                                   Assistant Branch Director

/s/
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendants*