UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>Defendants. | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich |

**[PROPOSED] ORDER**

In light of Defendants' Motion for a Stay of Proceedings, and any response thereto, it is **HEREBY ORDERED** that:

1) The Court's December 21, 2018 Minute Order setting a schedule of proceedings is **VACATED**;

2) All proceedings in this matter are **STAYED** until further order of the Court;

3) Defendants shall **PROMPTLY NOTIFY** the Court as soon as appropriations are restored;

**IT IS SO ORDERED.**

_____         _____
(Date)                                                              The Hon. Dabney L. Friedrich
                                                                            United States District Judge