Adam Kraut, Esq.
D.C. Bar No. PA0080
AKraut@CivilRightsDefenseFirm.com

Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297 (t)
(610) 400-8439 (f)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAMIEN GUEDES** : <br>     Civil Rights Defense Firm, P.C. : <br>     646 Lenape Road : <br>     Bechtelsville, PA 19505 : <br> : <br> **FIREARMS POLICY COALITION, INC.,** : <br>     4212 North Freeway Boulevard : <br>     Sacramento, CA 95834 : <br> : <br> : <br> **FIREARMS POLICY FOUNDATION** : <br>     4212 North Freeway Boulevard : <br>     Sacramento, CA 95834 : <br> : <br> **and** : <br> : <br> **MADISON SOCIETY FOUNDATION, INC.** : <br>     210 South Sierra Avenue, Suite 204 : <br>     Oakdale, CA 95361 : <br> : <br>         **Plaintiffs** : <br> **v.** : <br> : <br> **BUREAU OF ALCOHOL, TOBACCO,** : <br> **FIREARMS AND EXPLOSIVES,** an agency : <br> of the Department of Justice : <br>     99 New York Avenue, N.E., : <br>     Washington, DC 20226 : <br> : | Civil Action No. 1:18-cv-2988 |

| | |
|---|---|
| **MATTHEW WHITAKER,** in his official  capacity as Acting Attorney General of the United States     United States Department of Justice     950 Pennsylvania Avenue, NW     Washington, DC 20530 | : : : : : : : |
| **THOMAS E. BRANDON,** Acting Director Bureau of Alcohol, Tobacco, Firearms, and Explosives     99 New York Avenue, N.E.,     Washington, DC 20226 | : : : : : : |
| **UNITED STATES OF AMERICA,**     United States Attorney's Office     555 4th Street, NW     Washington, DC 20530             **Defendants** | : : : : : : |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF
### <u>FIREARMS POLICY COALITION, INC.</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), (B), plaintiff Firearms Policy Coalition, Inc., *only*, voluntarily dismisses all counts without prejudice. Plaintiffs Guedes, Firearms Policy Foundation, and Madison Society Foundation, Inc. remain in this action.

Respectfully Submitted,

_____
Adam Kraut, Esq.
D.C. Bar No. PA0080
AKraut@CivilRightsDefenseFirm.com

Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December 2018, I served the foregoing on Department of Justice attorney, Eric Soskin, via email at eric.soskin@usdoj.gov.

Respectfully Submitted,

_____
Adam Kraut, Esq.
D.C. Bar No. PA0080

AKraut@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)

Attorney for Plaintiffs