IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al.* : | |
| : | |
| **Plaintiffs** : | |
| v. : | Docket No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* : | |
| : | |
| **Defendants** : | |

<u>ENTRY OF APPEARANCE</u>

Please enter my appearance on behalf of the Plaintiffs Shane Roden and Florida Carry, Inc. in this matter.

Respectfully Submitted,

*/s/ Joshua Prince*
Joshua Prince, Esq.
D.C. Bar No. PA0081

Joshua@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)

Attorney for Plaintiffs