## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES**, *et al.* : | |
| : | |
| **Plaintiffs** : | |
| **v.** : | Civil Action No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES**, *et al.* : | |
| : | |
| **Defendants** : | |

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Florida Carry, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Florida Carry, Inc. which have any outstanding securities in the hands of the public.

No such parent companies, subsidiaries, affiliates or other company own at least 10% of the stock in either corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

_____
Adam Kraut, Esq.
D.C. Bar No. PA0080

AKraut@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)

Attorney for Plaintiffs