IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAMIEN GUEDES,** *et al* | : | |
| | : | |
| **Plaintiffs** | : | |
| v. | : | Civil Action No. 1:18-cv-2988 |
| | : | |
| **BUREAU OF ALCOHOL, TOBACCO,** | : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* | : | |
| | : | |
| **Defendants** | : | |

### PLAINTIFFS' MOTION TO LIFT STAY OF PROCEEDINGS

    Plaintiffs Damien Guedes, Shane Roden, Firearms Policy Foundation, Madison Society Foundation, Inc., and Florida Carry, Inc. hereby move this Honorable Court to lift the Stay of Proceedings for the reasons specified in the attached Memorandum in Support.

    The undersigned has inquired with the attorney for the Defendants, including providing copies of this Motion and related filings in advance, and although they oppose this motion, Defendants have agreed that if the Stay of Proceedings is lifted, they are prepared to proceed pursuant to the previously agreed upon expedited briefing schedule and oral argument on January 11, 2019 as ordered by the Court on December 21, 2018, with only minor changes to the briefing deadlines, as specified in the proposed order that is being filed with this Motion.

                                                   Respectfully Submitted,

                                                 Adam Kraut, Esq.
                                                 D.C. Bar No. PA0080
                                                 AKraut@CivilRightsDefenseFirm.com

Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297 (t)
(610) 400-8439 (f)

Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December 2018, I served the foregoing, along with the accompanying Memorandum of Points and Authorities in Suport, on Department of Justice attorney, Eric Soskin, via email at eric.soskin@usdoj.gov.

Respectfully Submitted,

Adam Kraut, Esq.
D.C. Bar No. PA0080

AKraut@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)

Attorney for Plaintiffs