# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES,** *et al.* : | |
| : | |
| **Plaintiffs** : | |
| **v.** : | Civil Action No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* : | |
| : | |
| **Defendants** : | |

## ORDER

Upon consideration of Plaintiffs' motion to Lift Stay of Proceedings and good cause having been shown, Plaintiffs' motion is **HEREBY GRANTED**.

The Stay of Proceedings in the matter is **HEREBY TERMINATED**.

The Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction shall be filed on or before January 7, 2019.

The Plaintiffs' Reply in Support of Preliminary Injunction, if any, shall be filed on or before January 10, 2019.

Parties are to appear for a hearing on the Preliminary Injunction at 10:00 AM on January 11, 2019. As the Parties have consented to a hearing on this date, the Court finds that holding a hearing on January 11, 2019 will not prejudice the parties within the meaning of Local Rule 65.1(d).

IT IS SO ORDERED.

Dated: _____          _____

                                                              J.

*Copies to be sent to:*

Adam Kraut, Esq. and Joshua Prince, Esq.
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505

Acting Attorney General Matthew Whitaker
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Acting Director Thomas Brandon
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, N.E.,
Washington, DC 20226

United States of America
Attention Civil Process Clerk
United States Attorney's Office - District of Columbia
555 4th Street, NW
Washington, DC 20530