UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*<br><br>Defendants. | Case No. 1:18-cv-02988-DLF<br>Judge Friedrich |
| FIREARMS POLICY COALITION, Inc.<br>Plaintiff,<br><br>v.<br><br>MATTHEW WHITAKER,<br>*et al.*<br><br>Defendants. | Case No. 1:18-cv-03083-DLF |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of the Page Limit, it is **HEREBY ORDERED** that Defendants may file a consolidated brief in opposition to the pending Motions for Preliminary Injunction not to exceed 75 pages in length.

**IT IS SO ORDERED.**

_____          _____
(Date)                                                              The Hon. Dabney L. Friedrich
                                                                          United States District Judge