UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Firearms Policy Coalition, Inc.

**Plaintiff**

vs.                    Case No.: 1:18-cv-03083-KBJ

Matthew G. Whitaker, in his official capacity, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Kate Hu, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; and Civil Cover Sheet

SERVE TO: Matthew G. Whitaker, in his official capacity, U.S. Department of Justice

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: By mailing a copy of the documents listed herein to Matthew G. Whitaker, in his official capacity, U.S. Department of Justice at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/08/2019 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7015 0640 0001 1814 8338.

I declare under penalty of perjury that this information is true.

1/8/19
Executed On



Kate Hu

Client Ref Number: N/A
Job #: 1555803

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FIREARMS POLICY COALITION, INC.

*Plaintiff(s)*

v.

MATTHEW G. WHITAKER, et al.

*Defendant(s)*

Civil Action No. 18-cv-03083-KBJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATTHEW G. WHITAKER
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS C. GOLDSTEIN
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/27/2018

/s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*