# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.* <br><br> Defendants. | Case No. 1:18-cv-02988-DLF <br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc. <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW WHITAKER, *et al.* <br><br> Defendants. | Case No. 1:18-cv-03083-DLF |

## NOTICE OF APPEARANCE

    Undersigned counsel, Hashim M. Mooppan, Deputy Assistant Attorney General, Civil Division, United States Department of Justice, hereby enters his appearance as counsel for the Defendants in these consolidated cases.

Dated: February 4, 2019                    Respectfully submitted,

                                           /s/_____
                                           HASHIM M. MOOPPAN

>Deputy Assistant Attorney General
>U.S. Department of Justice, Civil Division
>950 Constitution Ave. NW
>Washington, DC 20530
>Telephone: (202) 307-5906
>Email: hashim.mooppan@usdoj.gov
>*Counsel for Defendants*