**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAMIEN GUEDES,** *et al.* : | |
| : | |
| **Plaintiffs** : | |
| **v.** : | Civil Action No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of Plaintiffs' Motion to Supplement Amended Complaint and Motion for Preliminary Injunction with Exhibits B and C, Plaintiffs' motion is **HEREBY GRANTED**.

_____
Dabney L. Friedrich, Judge
United States District Court