UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES,
*et al.*

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"),
*et al.*

Defendants.

Case No. 1:18-cv-02988-DLF

Judge Friedrich

FIREARMS POLICY COALITION, Inc.

Plaintiff,

v.

WILLIAM P. BARR,
*et al.*

Defendants.

Case No. 1:18-cv-03083-DLF

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Chetan A. Patil, Civil Division, United States Department of Justice, enters his appearance in this case as counsel on behalf of Defendants.

Dated: February 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

Civil Division

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Chetan A. Patil
CHETAN A. PATIL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 305-4968
Email:  chetan.patil@usdoj.gov

*Attorneys for Defendants*