# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES,<br>  *et al.*<br><br>  Plaintiffs,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"),<br>  *et al.*<br><br>  Defendants. | Case No.  1:18-cv-02988-DLF<br><br>Judge Friedrich |
| FIREARMS POLICY COALITION, Inc.<br><br>  Plaintiff,<br><br> v.<br><br>WILLIAM P. BARR,<br>  *et al.*<br><br>  Defendants. | Case No.  1:18-cv-03083-DLF |

## **JOINT STATUS REPORT**

Pursuant to the Court's Order of February 14, 2019 instructing the parties to file a status report regarding the impact of the confirmation as Attorney General of William P. Barr on the

pending motion in this case, Plaintiff Firearms Policy Coalition, Inc. ("FPC") and Defendants[1] hereby state as follows:

1. In its motion for a preliminary injunction, FPC requests two types of relief: (1) injunctive and declaratory relief preventing the Final Rule at issue in these cases, *Bump-Stock-Type Devices*, 83 Fed. Reg. 66514 (Dec. 26, 2018) (the "Final Rule") from taking effect, and (2) injunctive relief preventing Matthew G. Whitaker from exercising authority as the Acting Attorney General.

2. The parties agree that the confirmation of Attorney General Barr does not presently affect FPC's request for injunctive and declaratory relief preventing the Final Rule from taking effect.

3. If Attorney General Barr were to take further action related to the Final Rule, such as ratifying or re-issuing it, the parties reserve their rights to take an appropriate position regarding the effect of any such action on the pending motion at that time.

4. Defendants believe that the confirmation of Attorney General Barr renders moot FPC's request for an injunction preventing Matthew G. Whitaker from exercising authority as the Acting Attorney General. Plaintiff believes that the request is not moot in light of the voluntary cessation doctrine, but that it is likely unnecessary for the Court to reach that issue at this time, as the dispute regarding the Final Rule remains unaffected by Attorney General Barr's confirmation.

5. The parties agree to reserve their positions on the effect of Attorney General Barr's confirmation on the declaratory relief being requested in the Complaint but not included in the preliminary injunction motion.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Attorney General William P. Barr is being substituted as Defendant in his official capacity in the place of Matthew G. Whitaker.

| | |
|---|---|
| Dated: February 15, 2019 | Respectfully submitted, |

JOSEPH H. HUNT
Assistant Attorney General

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

JOHN R. TYLER
CHRISTOPHER R. HALL
Assistant Branch Directors

/s/ Chetan A. Patil
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
CHETAN A. PATIL
CESAR A. LOPEZ-MORALES
REBECCA CUTRI-KOHART
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
Fax: (202) 616-8470
Email:  chetan.patil@usdoj.gov

*Counsel for Defendants*

/s/ Thomas C. Goldstein
THOMAS C. GOLDSTEIN
Goldstein & Russell, P.C.
7475 Wisconsin Ave.,
Bethesda, MD 20814

*Counsel for Plaintiff Firearms Policy Coalition, Inc.*