UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDUES**, *et al.*, | : |
| **Plaintiffs** | : |
| v. | : Case No. 1:18-cv-02988-DLF |
| | : Judge Friedrich |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES**, *et al.*, | : |
| **Defendants** | : |

## Notice of Appeal

PLEASE TAKE NOTICE that Plaintiffs Guedes, Shane Roden, Firearms Policy Foundation ("FPF"), Madison Society Foundation, Inc., and Florida Carry, Inc. hereby appeal to the United States Court of Appeals for the District of Columbia from the Court's Order and Memorandum entered on February 25, 2019 [ECF Doc. 26 and Doc. 27].

Dated: February 25, 2019

Respectfully submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
D.C. Bar No. PA0080
Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)
AKraut@princelaw.com
Attorneys for Plaintiffs

/s/ Joshua Prince
Joshua Prince, Esq.
D.C. Bar No. PA0081
Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)
Joshua@princelaw.com

## CERTIFICATE OF SERVICE

I, Adam Kraut, Esq., of Civil Rights Defense Firm, P.C. hereby certify that I served a copy of the *Notice of Appeal* through the Court's ECF system, as follows:

Eric Soskin
eric.soskin@usdoj.gov

Hashim M. Mooppan
hashim.mooppan@usdoj.gov

**Civil Rights Defense Firm, P.C.**

Date: February 25, 2019

By:

/s/ Adam Kraut
Adam Kraut, Esq.
D.C. Bar No. PA0080
Civil Rights Defense Firm, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
610-845-3803 ext 81115
610-845-3903 (fax)
AKraut@princelaw.com