**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FIREARMS POLICY COALITION, INC., | * | |
| *Plaintiff*, | * | Case No. 1:18-cv-03083-DLF |
| v. | * | Lead Case No. 1:18-cv-02988-DLF |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, *et al.*, | * | Judge Friedrich |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that plaintiff Firearms Policy Coalition, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum entered on February 25, 2019, ECF Nos. 26 and 27, filed on Lead Docket 1:18-cv-02988-DLF.

Dated:  February 25, 2019

Respectfully submitted,

By:  /s/ Thomas C. Goldstein

Thomas C. Goldstein (Bar No. 458365)
TGoldstein@goldsteinrussell.com
Daniel Woofter (*Pro Hac Vice*)
DHWoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorney for Plaintiff Firearms Protection Coalition, Inc.*