# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

**DAMIEN GUEDES**, *et al.*,                    :
                                                :
          **Plaintiffs**     :
                                                :    Case No. 1:18-cv-02988-DLF
    **v.**                                      :
                                                :    Judge Friedrich
**BUREAU OF ALCOHOL, TOBACCO,**                 :
**FIREARMS, AND EXPLOSIVES**, *et al.*,         :
                                                :
          **Defendants**     :

---

---

**FIREARMS POLICY COALITION, Inc.** :
                                                :
          **Plaintiff**      :
                                                :    Case No. 1:18-cv-03083-DLF
    **v.**                                      :
                                                :    Judge Friedrich
**WILLIAM P. BARR**, *et al.*,                  :
                                                :
          **Defendants**     :

---

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PROPOSED SCHEDULE

Plaintiffs Guedes, Shane Roden, Firearms Policy Foundation ("FPF"), Madison Society

Foundation, Inc., and Florida Carry, Inc., who are the Plaintiffs in case number 1:18-cv-2988,

Plaintiff Firearms Policy Coalition ("FPC"), who is the Plaintiff in case number 1:18-cv-03083,

and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, William Barr, Thomas

Brandon, and the United States of America, who are the Defendants in both matters, hereby

respectfully request that this Court extend the schedule for the Parties to file a proposed schedule

and aver as follows:

1

1. On February 25, 2019, this Court denied the Plaintiffs' motions for a preliminary injunction.

2. Thereafter, this Court issued a Minute Order directing that the Parties file a proposed schedule for further proceedings on or before March 18, 2019.

3. Later on the night of February 25, 2019, Plaintiffs filed Notices of Appeal and thereafter, a motion to expedite with the U.S. Court of Appeals for the District of Columbia Circuit, which the court granted on March 1, 2019.

4. The expedited schedule, *inter alia*, provides that Appellants' principal briefs were due March 4, 2019, Appellees' principal brief was due March 13, 2019, and Appellants' reply briefs were due March 15, 2019 – all of which were timely filed – and that oral argument is scheduled for March 22, 2019.

5. Action by the Court of Appeals on the expedited appeal appears likely prior to the Rule's effective date of March 26, 2019.

6. As any decision by the Court of Appeals could significantly shape further proceedings in this matter, the Parties are jointly requesting that this Court grant an extension of the deadline set for filing of a proposed schedule for further proceedings by the February 25, 2019 Minute Order; whereby, the Parties will file a proposed schedule within three (3) days of a decision by the Court of Appeals regarding the pending appeal.

WHEREFORE, the Parties jointly request that this Court grant the requested extension of the deadline set by the February 25, 2019 Minute Order.

Respectfully Submitted,


Date:   March 18, 2019                                    /s/ Joshua Prince
                                                         Joshua Prince, Esq.

D.C. Bar No. PA0081
Joshua@civilrightsdefensefirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)
*Attorney for Plaintiffs 1:18-cv-02988*

/s/ Thomas C.  Goldstein
Thomas C. Goldstein, Esq.
D.C. Bar No. 458365
tgoldstein@goldsteinrussell.com
Goldstein & Russell, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
202-362-0636
*Attorney for Plaintiff 1:18-cv-3083*

/s/ Eric Soskin
Eric Soskin, Esq.
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil
Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for all Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2019, I served the foregoing on counsel for the Defendants, Eric Soskin, via email at eric.soskin@usdoj.gov.

Respectfully Submitted,

_____
Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)
Attorney for Plaintiffs