# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-5043**                                                          **September Term, 2018**

                                                                              1:18-cv-02988-DLF

                                                                   Filed On: March 23, 2019 [1779027]

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellant

Damien Guedes, et al.,

    Appellees

    v.

Bureau of Alcohol, Tobacco, Firearms and
Explosives, et al.,

    Appellees

### M A N D A T E

    In accordance with the order of March 23, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

Link to the order filed March 23, 2019