# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES, *et al.*,** : | |
| : | |
| **Plaintiffs** : | |
| : | Case No. 1:18-cv-02988-DLF |
| **v.** : | |
| : | Judge Friedrich |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS, AND EXPLOSIVES, *et al.*,** : | |
| : | |
| **Defendants** : | |

| | |
|---|---|
| **FIREARMS POLICY COALITION, Inc.** : | |
| : | |
| **Plaintiff** : | |
| : | Case No. 1:18-cv-03083-DLF |
| **v.** : | |
| : | Judge Friedrich |
| **WILLIAM P. BARR, *et al.*,** : | |
| : | |
| **Defendants** : | |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PROPOSED SCHEDULE

Plaintiffs Guedes, Shane Roden, Firearms Policy Foundation ("FPF"), Madison Society

Foundation, Inc., and Florida Carry, Inc., who are the Plaintiffs in case number 1:18-cv-2988,

and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, William Barr, Thomas

Brandon, and the United States of America, who are the Defendants in both matters, hereby

respectfully request that this Court extend the schedule for the Parties to file a proposed schedule

and aver as follows:

1

1. On February 25, 2019, this Court denied the Plaintiffs' motions for a preliminary injunction.

2. Thereafter, this Court issued a Minute Order directing that the Parties file a proposed schedule for further proceedings on or before March 18, 2019.

3. Later on the night of February 25, 2019, Plaintiffs filed Notices of Appeal and thereafter, a motion to expedite with the U.S. Court of Appeals for the District of Columbia Circuit, which the court granted on March 1, 2019.

4. The expedited schedule, *inter alia*, provided that Appellants' principal briefs were due March 4, 2019, Appellees' principal brief was due March 13, 2019, and Appellants' reply briefs were due March 15, 2019 and that oral argument was scheduled for March 22, 2019.

5. Following oral argument, on March 23, 2019, the Court of Appeals, *sua sponte*, administratively stayed enforcement of the Rule as to the Plaintiffs.

6. On March 25, 2019, the Court of Appeals clarified that the stay also applied to the bona fide members of the institutional applicants.

7. On April 1, 2019, the Court of Appeals, in a 2-1 decision, affirmed this Court's decision but the Judgment provide that:

> the administrative stay of the effective date of the Bump Stock Rule, 83 Fed. Reg. 66,514 (Dec. 26, 2018), that was entered on the court's own motion on March 23, 2019, will remain in effect for 48 hours from the time of the issuance of the opinion in this case to allow plaintiffs, if they wish, to seek a stay from the Supreme Court of the United States. Should plaintiffs do so, the administrative stay will remain in effect pending disposition of the stay application. Plaintiffs are directed to notify the court promptly should an application for a stay be filed.

8. This morning, the Plaintiffs sought a stay with the Supreme Court of the United States and will, if necessary after filing for *en banc* review by the Court of Appeals, be filing a writ for certiorari.

9. As any decision by the Court of Appeals *en banc* and the Supreme Court of the United States could significantly shape further proceedings in this matter, the Parties jointly request that this Court grant an extension of the deadline set for filing of a proposed schedule for further proceedings required by the March 18, 2019 Minute Order and propose that the Parties file a proposed schedule within three (3) days of the conclusion of any subsequent proceedings on appeal or certiorari, whichever is later.

WHEREFORE, the Parties jointly request that this Court grant the requested extension of the deadline set by the March 18, 2019 Minute Order.

Respectfully Submitted,

Date:   April 3, 2019

/s/ Joshua Prince
Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@civilrightsdefensefirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)
*Attorney for Plaintiffs 1:18-cv-02988*

/s/ Eric Soskin
Eric Soskin, Esq.
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530

Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for all Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of April 2019, I served the foregoing on counsel for

the Defendants, Eric Soskin, via email at eric.soskin@usdoj.gov.




Respectfully Submitted,


/s/ Joshua Prince
Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)
Attorney for Plaintiffs