**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FIREARMS POLICY COALITION, INC.,   *

      *Plaintiff*,       *

      v.          *     Case No. 18-cv-3083
                            Lead Case No. 18-cv-2988

MATTHEW G. WHITAKER, IN HIS   *
OFFICIAL CAPACITY, *et al.*,

                        *

      *Defendants*.

*   *   *   *   *   *   *   *   *   *   *   *

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report regarding how to proceed in this part of the consolidated case.  Plaintiff Firearms Policy Coalition, Inc. will file an unopposed motion for leave to amend and second amended complaint today, Thursday, April 4, 2019.  The parties respectfully request that any effect that Attorney General William Barr's ratification of the Bump-Stock-Type Devices rule has on the case, along with all other remaining issues, will then be briefed beginning with defendants' responsive pleading or motion by Wednesday, May 8, 2019.  The Court may also wish to hold a telephonic status conference with the 18-cv-3083 parties to address any effect the consolidation with 18-cv-2988, which remains on appeal, has on this case.

Dated:  April 4, 2019               Respectfully submitted,

                              By:  /s/ Thomas C. Goldstein

                              Thomas C. Goldstein (Bar No. 458365)
                              TGoldstein@goldsteinrussell.com
                              Daniel Woofter (*Pro Hac Vice*)
                              DHWoofter@goldsteinrussell.com
                              GOLDSTEIN & RUSSELL, P.C.
                              7475 Wisconsin Avenue, Suite 850
                              Bethesda, MD 20814
                              (202) 362-0636

                              *Attorneys for Plaintiff Firearms Protection
                              Coalition, Inc.*

JOSEPH H. HUNT
Assistant Attorney General
HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General
JENNIFER D. RICKETTS
Branch Director
JOHN R. TYLER
CHRISTOPHER R. HALL
Assistant Branch Director

ERIC J. SOSKIN
Senior Trial Counsel
CHETAN PATIL
CESAR LOPEZ-MORALES
REBECCA CUTRI-KOHART
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Tel: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

*Attorneys for Defendants*