# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMIEN GUEDES, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Lead Case No. 18-cv-2988 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| FIREARMS POLICY COALITION, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 18-cv-3083 |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO WITHDRAW MOTION AT ECF No. 37**

Plaintiff respectfully moves to withdraw the Unopposed Motion for Leave to File Second Amended Complaint at ECF No. 37, with the consent of defendants. Plaintiff will refile an Unopposed Motion for Leave to File Second Amended Complaint, attaching a corrected Second Amended Complaint in both "clean" and "redline."

Dated: April 5, 2019            Respectfully submitted,

                                               By: /s/ Thomas C. Goldstein

                                               Thomas C. Goldstein (Bar No. 458365)
                                               TGoldstein@goldsteinrussell.com
                                               Daniel Wofter (*Pro Hac Vice*)
                                               DHWoofter@goldsteinrussell.com
                                               GOLDSTEIN & RUSSELL, P.C.
                                               7475 Wisconsin Avenue
                                               Suite 850
                                               Bethesda, MD 20814
                                               (202) 362-0636

                                               *Attorneys for Plaintiff Firearms Policy Coalition, Inc.*