IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMIEN GUEDES, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Lead Case No. 18-cv-2988 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| FIREARMS POLICY COALITION, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 18-cv-3083 |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR RULING ON ECF NOS. 38 AND 39**

In consultation with the government, plaintiff Firearms Policy Coalition, Inc. respectfully requests an order from the Court granting plaintiff's Consent Motion to Withdraw, ECF 38, and Unopposed Motion for Leave to File Second Amended Complaint, ECF 39.

On April 4, 2019, the parties submitted a Joint Status Report, informing the Court that they believed the path forward in the case was for plaintiff to amend its complaint and then for defendants to file a responsive pleading or motion by May 8, 2019. *See* ECF 36. Plaintiff then filed an unopposed motion for leave to file a Second Amended Complaint, ECF 37, which

contained an error.  Thus, on April 5, 2019, with the government's consent, plaintiff filed a Motion to Withdraw that motion for leave, ECF 38, and then refiled a corrected Unopposed Motion for Leave to File Second Amended Complaint, ECF 39.

The government is now prepared to file a motion to dismiss the Second Amended Complaint, which as discussed above, the parties contemplated would be filed tomorrow, May 8, 2019.  But the parties believe that until this Court grants the Unopposed Motion for Leave to file Second Amended Complaint at ECF 39, defendants cannot file their motion to dismiss.  Accordingly, the parties respectfully request an Order that:

- This Motion for Ruling, ECF 43, is GRANTED;
- The Consent Motion to Withdraw, ECF 38, is GRANTED;
- The Unopposed Motion for Leave to File Second Amended Complaint, ECF 39, is GRANTED; and
- Defendants have two days from the date the Order is entered to file their motion to dismiss.

Dated:  May 7, 2019                                         Respectfully submitted,

By: /s/ Thomas C. Goldstein

Thomas C. Goldstein (Bar No. 458365)
TGoldstein@goldsteinrussell.com
Daniel Woofter (*Pro Hac Vice*)
DHWoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorneys for Plaintiff Firearms Policy Coalition, Inc.*