IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*,  *Plaintiffs*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,  *Defendants*. | Lead Case No. 18-cv-2988 |
| FIREARMS POLICY COALITION, INC.,  *Plaintiff*, v. MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, *et al.*,  *Defendants*. | Case No. 18-cv-3083 |

**[PROPOSED] ORDER**

For the reasons set for in plaintiff Firearms Policy Coalition, Inc.'s Consent Motion to Withdraw, ECF 38, Unopposed Motion for Leave to File a Second Amended Complaint, ECF 39, and Unopposed Motion for Ruling, ECF 43, it is HEREBY ORDERED that:

- Plaintiff's Unopposed Motion for Ruling, ECF 43, is GRANTED;
- Plaintiff's Consent Motion to Withdraw, ECF 38, is GRANTED;
- Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, ECF 39, is GRANTED; and

- Defendants have until two days from the entry of this Order to file their motion to dismiss plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated: May ___, 2019
                                                                                                                        DABNEY L. FRIEDRICH
                                                                                                                        United States District Judge