# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMIEN GUEDES, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Lead Case No. 18-cv-2988 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| FIREARMS POLICY COALITION, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 18-cv-3083 |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in response to the Court's order that "the parties, including plaintiff Damien Guedes, [] file a joint status report on or before May 10, 2019 on the status of the appellate proceedings in this case and in *Codrea v. Whitaker*, No. 18-3086."

The D.C. Circuit entered its opinion in the interlocutory *Guedes* and *Codrea* appeals on April 1, 2019. *See Guedes v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 920 F.3d 1 (D.C. Cir. Apr. 1, 2019). The *Guedes* and *Codrea* plaintiffs are currently preparing a petition for

a writ of certiorari for review of the issues that are not related to Matthew Whitaker's designation or the ratification, which, absent an extension, is due by July 1, 2019.

Dated: May 9, 2019

Respectfully submitted,

By: /s/ Thomas C. Goldstein

/s/ Joshua Prince
Joshua Prince, Esq.
D.C. Bar No. PA0081
Joshua@civilrightsdefensefirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-202-9297
610-400-8439 (fax)

*Attorney for Plaintiffs 1:18-cv-02988*

Thomas C. Goldstein (Bar No. 458365)
TGoldstein@goldsteinrussell.com
Daniel Woofter (*Pro Hac Vice*)
DHWoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorneys for Plaintiff Firearms Policy Coalition, Inc.*


/s/

ERIC J. SOSKIN
CHETAN PATIL
CESAR A. LOPEZ-MORALES
REBECCA CUTRI-KOHART
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

*Attorneys for Defendants*