UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*, <br><br> Defendants. | Case No.  1:18-cv-02988-DLF <br><br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, *et al.*, <br><br> Defendants. | Case No.  1:18-cv-03083-DLF |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss, and the parties' submissions related thereto, it is hereby ORDERED that Defendants' motion to dismiss Plaintiff's Second Amended Complaint is GRANTED.  Plaintiff's claims in the Second Amended Complaint are DISMISSED.

Date: _____    _____
Hon. Dabney L. Friedrich
United States District Judge