UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*, <br><br> Defendants. | Case No. 1:18-cv-02988-DLF <br><br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-03083-DLF |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move for an extension of time to file their Reply in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 46) from May 30, 2019 to June 10, 2019. Pursuant to Local Civil Rule 7(m), counsel for both parties have conferred, and Plaintiff consents to the requested scheduling relief.

Good cause exists for this motion.

1. Pursuant to Local Civil Rule 7(d), Defendants' deadline to file their Reply is Thursday, May 30, 2019, which is seven days from the filing of Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 47).

2. Defendants' ability to prepare a timely response is substantially impaired by Defendants' counsel's paid-for-family travel plans. Specifically, one of the undersigned counsel is currently out of the office on a family vacation returning to the office on May 28, 2019, and another will be out of the office on vacation beginning May 24, 2019 and returning to the office on May 29, 2019.

3. In addition, Defendants' counsel also have substantial case commitments in other matters, including a combined opposition to motion for summary judgment and reply in support of cross-motion for summary judgment due on May 29, 2019 in *Cause of Action Inst. v. DOJ*, No. 18-cv-2373-ABJ (D.D.C.); a motion for summary judgment due on May 31, 2019 in *Stephen C. v. Bureau of Indian Educ.*, No. CV-17-08004-PHX-SPL (D. Ariz.); oral argument on a motion to dismiss in *Harrison v. Shanahan*, No. 1:18-cv-641-LMB-IDD (E.D. Va.) and *Roe v. Shanahan*, No. 1:18-cv-1565-LMB-IDD (E.D. Va.) scheduled for May 31; an answer due on May 31, 2019 in *Consejo v. United States*, No. 3:18-cv-01045-GAG (D.P.R.); and a motion to dismiss due on June 3, 2019 in *Raymond J. Lucia Companies, Inc. v. SEC*, No. 3:18-cv-0692-DMS-JLB (S.D. Cal.).

4. These family and case commitments create substantial conflicts of time with Defendants' currently deadline to file their Reply. Accordingly, Defendants seek a short extension of their deadline to file until June 10, which will better enable them to effective prepare and file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint.

5. Plaintiff will not be prejudiced by this short extension and has consented to the relief requested.

6. Accordingly, the Court should grant Defendants' Motion for an Extension of their

deadline to file their Reply from May 30, 2019 until June 10, 2019.

  A proposed order is attached.

Dated: May 24, 2019         Respectfully submitted,

                JOSEPH H. HUNT
                Assistant Attorney General

                HASHIM M. MOOPPAN
                JAMES M. BURNHAM
                Deputy Assistant Attorneys General

                CHRISTOPHER R. HALL
                Assistant Branch Director

                */s/ Chetan A. Patil*
                CESAR A. LOPEZ-MORALES
                CHETAN A. PATIL
                REBECCA CUTRI-KOHART
                Trial Attorneys
                Federal Programs Branch
                U.S. Department of Justice, Civil Division
                P.O. Box No. 883
                Ben Franklin Station
                Washington, DC 20044
                Telephone: (202) 305-4968
                Fax: (202) 616-8470
                Email: chetan.patil@usdoj.gov
                *Counsel for Defendants*