UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*, <br><br> Defendants. | Case No. 1:18-cv-02988-DLF <br><br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-03083-DLF |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Reply in support of Motion to Dismiss, it is hereby ORDERED that Defendants' motion is GRANTED and that Defendants' reply shall be filed on or before June 10, 2019.

Date:  May __, 2019                                    _____
                                                                          Hon. Dabney L. Friedrich
                                                                          United States District Judge