UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*<br><br>Defendants. | Case No. 1:18-cv-02988-DLF<br><br>Judge Friedrich |
| FIREARMS POLICY COALITION, Inc.<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, *et al.*<br><br>Defendants. | Case No. 1:18-cv-03083-DLF |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Rebecca M. Cutri-Kohart, Civil Division, United States Department of Justice, enters her appearance in this case as counsel on behalf of Defendants.

Dated: August 1, 2019                                       Respectfully submitted,

1

JOSEPH H. HUNT
Assistant Attorney General

HASHIM M. MOOPPAN
JAMES M. BURNHAM
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Rebecca Cutri-Kohart*
REBECCA CUTRI-KOHART (DC Bar # 1049030)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0265
Fax: (202) 616-8470
Email: rebecca.cutri-kohart@usdoj.gov
*Counsel for Defendants*