UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREARMS POLICY COALITION, Inc.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General, *et al.*,<br><br>    *Defendants*. | No. 18-cv-3083 (DLF) |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the Defendants' Motion to Dismiss the Second Amended Complaint, Dkt. 46, is **GRANTED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

October 31, 2019