**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Firearms Policy Coalition, Inc., <br>     *Plaintiff*, <br><br> v. <br><br> William P. Barr, Attorney General, et al., <br>     *Defendants*. | Case No. 1:18-cv-03083-DLF <br> Lead Case No. 1:18-cv-02988-DLF <br><br> Judge Friedrich |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Firearms Policy Coalition, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum entered on October 31, 2019, ECF Nos. 51 and 52, filed on Lead Docket 1:18-cv-02988-DLF.

| | |
|---|---|
| Dated: November 1, 2019 | Respectfully submitted, <br><br> By: /s/ Thomas C. Goldstein <br><br> Thomas C. Goldstein (Bar No. 458365) <br> TGoldstein@goldsteinrussell.com <br> Daniel Woofter (*Pro Hac Vice*) <br> DHWoofter@goldsteinrussell.com <br> GOLDSTEIN & RUSSELL, P.C. <br> 7475 Wisconsin Avenue <br> Suite 850 <br> Bethesda, MD 20814 <br> (202) 362-0636 <br><br> *Attorneys for Plaintiff Firearms Policy Coalition, Inc.* |