**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAMIEN GUEDES,<br>    *et al.*<br><br>            Plaintiffs,<br><br>     v.<br><br>BUREAU OF ALCOHOL, TOBACCO<br>FIREARMS, AND EXPLOSIVES,<br>    *et al.*<br><br>            Defendants. | Case No.  1:18-cv-2988-DLF<br>The Hon. Judge Friedrich |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's April 4, 2019 Minute Order instructing the parties to file a report proposing a schedule for further proceedings within three (3) days of the conclusion of any subsequent proceedings on appeal or certiorari, the parties hereby state as follows:

1) This Court issued a Minute Order on April 4, 2019 instructing the parties to file a report proposing a schedule for further proceedings within three (3) days of the conclusion of any subsequent proceedings on appeal or certiorari.

2) On March 2, 2020, the Supreme Court denied the pending petition for a writ of certiorari.  *See* https://www.supremecourt.gov/orders/courtorders/030220zor_l5gm.pdf.

3) On March 3, 2020, counsel for Defendants emailed counsel for Plaintiffs to state that counsel for Defendants was out of the office all week and limited in the ability to confer meaningfully about a schedule in the next three days.

4) Counsel anticipates that a schedule for further proceedings will likely include a date for the production of the administrative record and a proposed briefing schedule

5) Counsel for the parties agree that it would be in the interests of the efficient litigation of this matter for counsel to confer and propose an agreed-upon schedule, and therefore respectfully suggest that the deadline be extended from March 5, 2020 to March 12, 2020.

6) Pursuant to Fed. R. Civ. P. 6(b), good cause exists to extend the deadline to propose a schedule in light of the unavailability of counsel for Defendants.

7) Additionally, this request is made before the original time has expired and there has been no dilatory conduct by Plaintiffs or Defendants in attempting to comply with the Court's April 4, 2019 Minute Order.

8) Given the straightforward nature of this request, Plaintiffs and Defendants request that they be relieved of the required Statement of Points and Authorities pursuant to LCVR 7(a).

9) A proposed Order is filed simultaneously with this request.

Dated: March 3, 2020              Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              LESLEY FARBY
                                              Assistant Branch Director

                                              /s/_____
                                              ERIC J. SOSKIN (PA Bar #200663)
                                              Senior Trial Counsel
                                              Federal Programs Branch
                                              U.S. Department of Justice, Civil Division

        1100 L Street, NW Rm. 12002
Washington, DC 20530
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendants*

| /s/ Adam Kraut | /s/ Joshua Prince |
|---|---|
| Adam Kraut, Esq. | Joshua Prince, Esq. |
| D.C. Bar No. PA0080 | D.C. Bar No. PA0081 |
| Civil Rights Defense Firm, P.C. | Civil Rights Defense Firm, P.C. |
| 646 Lenape Rd | 646 Lenape Rd |
| Bechtelsville, PA 19505 | Bechtelsville, PA 19505 |
| 610-845-3803 (t) | 610-845-3803 (t) |
| 610-845-3903 (f) | 610-845-3903 (f) |
| AKraut@princelaw.com | |