**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAMIEN GUEDES,<br>    *et al.*<br><br>    Plaintiffs,<br> v.<br>BUREAU OF ALCOHOL, TOBACCO<br>FIREARMS, AND EXPLOSIVES,<br>    *et al.*<br><br>    Defendants. | Case No.  1:18-cv-2988-DLF<br>The Hon. Judge Friedrich |

**PROPOSED ORDER**

In light of the parties' Joint Motion for Extension of Time, the Court finds that good cause exists to extend the time to comply with this Court's April 4, 2019 Minute Order requiring the parties to file a report proposing a schedule for further proceedings within three (3) days of the conclusion of any subsequent proceedings on appeal or certiorari.  The parties shall file their report on or before March 12, 2020.

It is SO ORDERED.

_____    _____
Date                 Hon. Dabney Friedrich
                      United States District Judge