UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES,
*et al.*

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO
FIREARMS, AND EXPLOSIVES,
*et al.*

Defendants.

Case No. 1:18-cv-2988-DLF
The Hon. Judge Friedrich

**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's March 3, 2020 Minute Order instructing the parties to file a report proposing a schedule for further proceedings by March 12, 2020, the parties hereby state as follows:

1) This Court issued a Minute Order on March 3, 2020 instructing the parties to file a report proposing a schedule for further proceedings on or before March 12, 2020.

2) On March 9, 2020, counsel for Defendants emailed counsel for Plaintiffs to state that counsel for Defendants had met and conferred with the *Codrea* counsel.

3) On March 10, 2020, counsel for Defendants emailed counsel for Plaintiffs to discuss their position as to the schedule and provided a tentatively agreed to schedule by the *Codrea* counsel, which included, a date for the production of the administrative record.

4) Due to the similarities in the claims between the *Guedes* plaintiffs and the *Codrea* plaintiffs, counsel for the parties have been attempting to reach an agreement to consolidate briefing in order to lessen the number of filings on this Court.

5) Counsel anticipates that this resolution can be reached, but respectfully requests another week in order to ensure that the interest of all the plaintiffs is represented in doing such.

6) Because plaintiffs in the related *Codrea* case (Case No. 1:18-cv-03086-DLF) are in active discussions regarding consolidated briefing, Plaintiffs in the *Codrea* case join this Motion for the purpose of extending the deadline and continuing discussion to lessen the need for unnecessary briefing.

7) Pursuant to Fed. R. Civ. P. 6(b), good cause exists to extend the deadline to propose a schedule in light of the tentative arrangement of the parties to proceed under consolidated briefing.

8) Additionally, there has been no dilatory conduct by Plaintiffs or Defendants in attempting to comply with the Court's March 3, 2020 Minute Order.

9) Given the straightforward nature of this request, Plaintiffs request that they be relieved of the required Statement of Points and Authorities pursuant to LCVR 7(a).

10) The undersigned for the *Guedes* plaintiffs has reached out to counsel for the Defendants to inquire whether they would oppose this request and was informed the Defendants do not.

11) A proposed Order is filed simultaneously with this request.

Dated: March 10, 2020                              Respectfully submitted,

                                                   */s/ Adam Kraut*
                                                   Adam Kraut, Esq.
                                                   D.C. Bar No. PA0080
                                                   AKraut@CivilRightsDefenseFirm.com

                                                   Joshua Prince, Esq.
                                                   D.C. Bar No. PA0081
                                                   Civil Rights Defense Firm, P.C.
                                                   646 Lenape Road
                                                   Bechtelsville, PA 19505
                                                   (888) 202-92973 (t)
                                                   (610) 400-8439 (f)

                                                   Attorneys for Plaintiffs

                                                   */s/ Stephen D. Stamboulieh*
                                                   Stephen D. Stamboulieh
                                                   Stamboulieh Law, PLLC
                                                   P.O. Box 4008
                                                   Madison, MS 39130
                                                   (601) 852-3440
                                                   stephen@sdslaw.us
                                                   DC District Court Bar# MS0009

                                                   Alan Alexander Beck
                                                   Law Office of Alan Beck
                                                   2692 Harcourt Drive
                                                   San Diego, CA 92123
                                                   (619) 905-9105
                                                   Alan.alexander.beck@gmail.com
                                                   DC District Court Bar# HI001
                                                   *Counsel for Codrea Plaintiffs in*
                                                   *Related Case No.  1:18-cv-03086-DLF*