UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>Defendants. | Case No. 1:18-cv-2988-DLF<br>The Hon. Judge Friedrich |

## **PROPOSED ORDER**

In light of the parties' Joint Motion for Extension of Time, the Court finds that good cause exists to extend the time to comply with this Court's March 3, 2020 Minute Order requiring the parties to file a report proposing a schedule for further proceedings on or before March 12, 2020. The parties shall file their report on or before March 19, 2020.

It is SO ORDERED.

_____           _____
Date                                                            Hon. Dabney Friedrich
                                                                    United States District Judge