# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>Defendants. | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich |

## JOINT PROPOSED SCHEDULE

Pursuant to this Court's March 10, 2020 Minute Order instructing the parties to propose a schedule for further proceedings, the parties hereby have agreed as follows:

1) The claims in this case present a challenge under the Administrative Procedure Act ("APA") or are otherwise exclusively legal in nature.

2) The next steps in this case should involve Defendants' production of an administrative record and cross-briefing of motions for summary judgment based on that record and other legal issues.

3) The parties do not believe any discovery is necessary at this time.

4) Plaintiffs intend to file an amended complaint. The parties have discussed Plaintiffs' planned amended complaint, and based on representations made by Plaintiffs' counsel regarding the intended amendments, Defendants do not oppose the filing and do not believe the amended complaint will affect the contents of the administrative

record.  Defendants reserve their right to seek an extension of the deadline for the administrative record if warranted by the contents of the amended complaint.

5) Based on these considerations, the parties propose the following schedule:

- Plaintiffs shall file their amended complaint on or before March 31, 2020.

- Pursuant to LCvR 7(n), Defendants shall file a certified list of the contents of the administrative record with the Court on or before April 7, 2020, and provide a copy of the administrative record to Plaintiffs on the same day.

- Defendants shall file their answer in response to Plaintiffs' amended complaint and their motion for summary judgment on or before May 28, 2020.

- Plaintiffs shall file their cross-motion for summary judgment and opposition to Defendants' motion for summary judgment on or before June 26, 2020.

- Defendants shall file their opposition to Plaintiffs' cross-motion and their reply in support of summary judgment on or before July 24, 2020.

- Plaintiffs shall file their reply in support of summary judgment on or before August 21, 2020.

6) Counsel for the parties have proposed this schedule to accommodate a number of other previously-scheduled litigation matters and other pre-existing conflicts.  If the Court is inclined to modify this scheduling order, the parties respectfully submit that it would be in the interests of efficiency and judicial administration to discuss such modifications through a telephone scheduling conference.

Dated: March 19, 2020                               Respectfully submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

                                        LESLEY FARBY
                                        Assistant Branch Director

                                        */s/ Eric J. Soskin*
                                        ERIC J. SOSKIN (PA Bar #200663)
                                        Senior Trial Counsel
                                        Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street, NW Rm. 12002
                                        Washington, DC 20530
                                        Telephone: (202) 353-0533
                                        Fax: (202) 616-8470
                                        Email: Eric.Soskin@usdoj.gov
                                        *Counsel for Defendants*

| /s/ Adam Kraut (with permission) | /s/ Joshua Prince (with permission) |
|---|---|
| Adam Kraut, Esq. | Joshua Prince, Esq. |
| D.C. Bar No. PA0080 | D.C. Bar No. PA0081 |
| Civil Rights Defense Firm, P.C. P.C. | Civil Rights Defense Firm, P.C. |
| 646 Lenape Rd | 646 Lenape Rd |
| Bechtelsville, PA 19505 | Bechtelsville, PA 19505 |
| 610-845-3803 (t) | 610-845-3803 (t) |
| 610-845-3903 (f) | 610-845-3903 (f) |
| AKraut@princelaw.com | |