# Exhibit B

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Receipt for Property and Other Items**

| Page ___ of ___ | Case/Inspection Number 766080-19-0030 | Case/Inspection Title Reading F.O. - Bump-Stock Amnesty | Office Reading F.O. |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| **Damien Manuel Guedes** ▬▬▬▬▬▬▬▬▬▬▬▬▬ | **ATF Special Agent Steven Rhoads** **400 Washington ST. Room 500, Reading, PA 19601** |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items: |
|---|---|
| **Reading Field Office** | **Bump-Stock Abandonment** |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | *Black color Bomb-Stock* |
|  |  |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | Date 4/10/19 |
|---|---|
| *[signature]* | |

| Transferred by: *(signature, if appropriate)* | Date 10 Apr-19 | Witnessed by: *(signature)* | Date 4/10/19 |
|---|---|---|---|
| *[signature]* | | *[signature]* | |

ATF E-Form 3400.23
Revised March 2005