# Exhibit C



WALCH | FINE | PUZEY | STEIN | THOMPSON

From the desk of: Joanna M. Myers
e-mail: jmyers@nevadafirm.com

April 10, 2019

Bureau of Alcohol, Tobacco, Firearms and
Explosives ("ATF")
Las Vegas Field Office
8965 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

To Whom it May Concern:

    Firearms Policy Foundation ("FPF") is, **under protest**, transferring to ATF possession of one (1) Slide Fire® SSAR-15® SBS Bump Fire Stock (black, right-handed model in brand-new condition; contained in plastic packaging) bump-stock-type device(s) because we understand ATF contends that FPF's continued possession would or could result in arrest and prosecution. According to written representations by the Department of Justice, "ATF will also retain the [bump stock], as it has been for plaintiffs in other litigation." And we have the legal option to surrender, under protest, "bump-stock-type devices at the nearest ATF office." (*See* also https://www.atf.gov/rules-and-regulations/bump-stocks and 83 Fed.Reg. 66530.) The ATF's Las Vegas Field Office is the "nearest ATF office" to the subject device and my office.

    We dispute the lawfulness of ATF's Final Rule and its claimed authority to regulate bump-stock-type devices for all of, but not limited to, the reasons specified in *Guedes, et al., v. BATFE, et al.*, 1:18-cv-02988, *Firearms Policy Coalition v. William Barr, et al.*, 1:18-cv-03083, and *Codrea, et al. v. BATFE, et al.*, 1:18-cv-03086, including the arguments made in the consolidated appeal before the U.S. Court of Appeals for the District of Columbia Circuit (nos. 19-5042, 19-5043, and 19-5044). FPF is only surrendering the bump-stock-type device to prevent arrest and prosecution. FPF does not consent to the damage, destruction, or loss of its property. Nor does FPF consent to any forfeiture of property. We expect that ATF will not cause any loss, damage, or any other harm to our property. FPF asserts and reserves all its rights pursuant to the U.S. Constitution and all applicable federal laws.

    In the event ATF's Final Rule is enjoined or otherwise deemed or declared to be unlawful and/or unconstitutional, I expect ATF to immediately contact me to arrange the return of FPF's property at no cost to FPF, at:

    Ms. Joanna Myers, Esq.
    Holley Driggs Walch Fine Puzey Stein Thompson
    400 South Fourth Street, Suite 300
    Las Vegas, Nevada 89101
    P: (702) 791-0308

Bureau of Alcohol, Tobacco, Firearms and Explosives
April 10, 2019
Page 2

      E: jmyers@nevadafirm.com

      Thank you for your time and assistance in this matter.

                        Very truly yours,

                        HOLLEY, DRIGGS, WALCH,
                        FINE, PUZEY, STEIN & THOMPSON

                        Joanna M. Myers, Esq

cc:    Joshua Prince, counsel (*Guedes, et al. v. BATFE, et al.*)
         Adam Kraut, counsel (*Guedes, et al. v. BATFE, et al.*)
         Erik Jaffe, of counsel (*Guedes, et al. v. BATFE, et al.*)
         Thomas Goldstein, counsel (*FPC v. Whitaker, et al.*)
         Daniel Woofter, counsel (*FPC v. Whitaker, et al.*)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number: 786020-19-0048 | Case/Inspection Title: National Bump Stock Amnesty | Office: Las Vegas |

Taken from: (name, title, address, if appropriate)
Joanna M. Myers, Esq. on behalf of Firearms Policy Foundation c/o Holley Driggs Walch, 400 S. 4th St. Las Vegas NV 89101

Recipient: (name, title, address, if appropriate)
ATF

Location of Transfer or Seizure: Las Vegas Field Office

Basis for Transfer or Seizure of Items: Consent

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | one slide fire bump stock style device |
| | nothing follows |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) [signed] SA | Date: 04/10/19

Transferred by: (signature, if appropriate) X Joanna M. Myers | Date: 04/10/19

Witnessed by: (signature) X [signed] | Date: 04/10/19

ATF E-Form 3400.23
Revised March 2005