# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES,<br>　　　　*et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES,<br>　　　　*et al.*<br><br>　　　　　Defendants. | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich |
| DAVID CODREA,<br>　　　　*et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES,<br>　　　　*et al.*<br><br>　　　　　Defendants. | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

　　　　Defendants hereby move for summary judgment pursuant to Fed. R. Civ. P. 56.[1] In accordance with Local Civil Rule 7(h)(2), this motion is accompanied by a statement of facts

---

[1] The parties have agreed that, although the claims in the two above-captioned cases are not identical, the interests of, judicial economy and the just and speedy resolution of this action, *see* Fed. R. Civ. P. 1, would be served by having Defendants file a single motion for summary judgment addressing the arguments of both sets of Plaintiffs, and having both sets of Plaintiffs file a single, combined response and single, combined cross-motion. Accordingly, Defendants are filing an identical version of this motion in each of the above-captioned cases.

with reference to the administrative record, as well as a memorandum of points and authorities and a proposed order. For the reasons explained therein, the Court should enter judgment in Defendants' favor.

DATED this 28th day of May, 2020.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    MATTHEW J. GLOVER
    Counsel

    LESLEY FARBY
    Assistant Branch Director

    */s/ Eric J. Soskin*
    ERIC J. SOSKIN (PA Bar #200663)
    Senior Trial Counsel
    Federal Programs Branch
    U.S. Department of Justice, Civil Division
    1100 L Street, NW Rm. 12002
    Washington, DC 20530
    Telephone: (202) 353-0533
    Fax: (202) 616-8470
    Email: Eric.Soskin@usdoj.gov
    *Counsel for Defendants*