UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES,

*et al.*

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES,
*et al.*

Defendants.

Case No. 1:18-cv-02988-DLF
The Hon. Judge Friedrich

**[PROPOSED] ORDER**

In light of Defendants' Motion for Summary Judgment, Plaintiffs' Cross-Motion for Summary Judgment, and the responses and replies thereto, it is **HEREBY ORDERED** that:

1) Defendants' Motion for Summary Judgment is **GRANTED**; and

2) Plaintiffs' Motion for Summary Judgment is **DENIED**.

Judgment is hereby entered for Defendants.

**IT IS SO ORDERED.**

_____          _____
(Date)                                    United States District Judge