# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, )<br>)<br>　　Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>　　Defendants. )<br>)<br>_____ )<br>)<br>DAVID CODREA, *et al.*, )<br>)<br>　　Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>　　Defendants. )<br>_____ ) | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich<br><br><br><br><br><br><br><br><br><br><br>Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

i

Plaintiffs hereby cross-move for summary judgment pursuant to Fed. R. Civ. P. 56.1 In accordance with Local Civil Rule 7(h)(2), this motion is accompanied by a statement of facts, a memorandum of points and authorities, and a proposed order. For the reasons explained therein, the Court should enter judgment in Plaintiffs' favor.

Respectfully Submitted,

| | |
|---|---|
| /s/ Joshua Prince<br>Joshua Prince<br>D.D.C. Bar No. PA0081<br>Joshua@princelaw.com<br><br>/s/ Adam Kraut<br>Adam Kraut<br>D.D.C. Bar No. PA0080<br>AKraut@princelaw.com<br><br>Civil Rights Defense Firm, P.C.<br>646 Lenape Road<br>Bechtelsville, PA 19505<br>610-845-3803 (t)<br>*Counsel for Guedes Plaintiffs* | Stephen D. Stamboulieh<br>D.D.C. Bar No. MS0009<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130<br>(601) 852-3440<br>stephen@sdslaw.us<br><br>Alan Alexander Beck<br>D.D.C. Bar No. HI001<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123<br>(615) 905-9105<br>alan.alexander.beck@gmail.com<br><br>*Counsel for Codrea Plaintiffs*<br><br>Erik S. Jaffe<br>D.C. Bar No. 440112<br>Schaerr | Jaffe LLP<br>1717 K Street NW<br>Suite 900<br>Washington, DC 20006<br>202-787-1060 (t)<br>ejaffe@schaerr-jaffe.com<br><br>*Of Counsel* |

## CERTIFICATE OF SERVICE

      I, Adam Kraut, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: June 26th, 2020.

                                              */s/ Adam Kraut*
                                              Adam Kraut