## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMIEN GUEDES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02988-DLF |
| | ) | The Hon. Judge Friedrich |
| BUREAU OF ALCOHOL, | ) | |
| TOBACCO, FIREARMS AND | ) | |
| EXPLOSIVES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| DAVID CODREA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:18-cv-03086-DLF |
| v. | ) | The Hon. Judge Friedrich |
| | ) | |
| BUREAU OF ALCOHOL, | ) | |
| TOBACCO, FIREARMS AND | ) | |
| EXPLOSIVES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFFS' STATEMENT OF FACTS PURSUANT TO LCvR 7(h)92)

In addition to their Response to Defendants' Statement of Facts, Plaintiffs' offer the following additional facts in support of their Cross-Motion for Summary Judgment:

1.      An accurate video showing the operation of a bump-stock equipped firearm is referenced in Exhibit 28 to Exhibit A of the Guedes Plaintiffs' Second Amended Complaint, Docket Entry 58-2, and may be seen at https://youtu.be/1OyK2RdO63U. The video is described and verified for accuracy by the declaration of Rick Vasquez, former ATF Asst. Chief and Acting Chief of FTB, included as Exhibit 32 (p. 901, ¶8) to Exhibit A of the Guedes Plaintiffs' Second Amendment Complaint, Docket Entry 58-2.

2.      The history of semi-automatic and automatic weapons is described in a Declaration by Ashley Hlebinsky, attached hereto as Exhibit A.  The declaration describes the many innovations in firearms technology that have improved stability, enabled faster and more accurate firing of shots, and reduced some of the manual effort required to achieve such results.  The declaration further describes the understanding of firearms experts regarding the differences between automatic and semi-automatic weapons and how they would understand those concepts as applied to bump-stock equipped firearms.

3.      The administrative record contains evidence that ATF over the years has given considerable thought as to what is or is not a machinegun:  The PowerPoint "Akins Accelerator: Is it a machinegun"  goes through the function of the original, spring-loaded Atkins accelerator, and the chronology from when it was first classified as a non-machinegun, to the subsequent determination that it was a machinegun.  The PowerPoint also specifically addresses the meaning of "single function of the trigger," includes a discussion of plain meaning and statutory intent, and includes a slide that says in bold

letters "If 'single function of the trigger' is ambiguous we can look to legislative history for guidance." Additional slides consider how some states have chosen to classify bump stocks and other firearms-triggering devices. The final page, titled "Counsel Recommendation" is completely redacted.  AR000494-000532.

4.      The administrative record contains evidence that ATF's Chief Legal Counsel provided background and then (redacted) legal analysis on the legality of bump stocks. The background notes the transition in the ATF interpretation of "single function of the trigger" from single "movement" of the trigger to single "pull" of the trigger around the time that the original, spring-loaded Atkins Accelerator was re-classified as a machine gun. This interpretation was conveyed in ATF Ruling 2006-2.  He further explained that subsequent determinations that non-spring loaded bump fire devices were not machine guns were dependent on the additional action required from the shooter to initiate additional firing of the weapon whereas with a spring-assisted apparatus like the Akins, no such additional shooter-input was required. AR000534-000538.

5.      The administrative record contains evidence that Rick Vasquez, former ATF Asst. Chief and Acting Chief of FTB, wrote a document called "Slide Fire Analysis" in which he outlines the methodology, analysis, and conclusions of the FTB in coming to its determinations about bump fire stocks as not being machineguns, or firearms under the NFA and GCA.  On October 11, 2017, Michael Powell, an ATF technical firearms specialist, sent this analysis to Earl Griffith, Max Kingery, and Michael Curtis, asking if they had seen it. AR000704 (email) AR000707-000707 (Vasquez analysis).

6.     The administrative record contains a letter from Michael Bouchard, the president of ATF Association (ATFA, which consists of past and present ATF employees), to Representative Carlos Curbelo, in which Bouchard addresses that some politicians are blaming the ATF for not banning bump-fire stocks and in turn, blaming the Las Vegas shooting on the ATF.  The letter expressly and repeatedly states that the ATF did not decide to make bump stocks legal, but rather that the current state of the law did.  He stated that ATF merely applied the law and does not have the power or authority to change it—"The law is very clear and does not currently allow the ATF to regulate such accessories." "ATF makes rulings based on the statutory authority contained in law and <u>cannot change the law</u> to add new accessories that do not fall within the scope of the existing law." AR000708-000709 (underlining in original).

7.     The administrative record contains evidence that Michael Powell sent an email to Earl L. Griffith, Max M. Kingery, Michael Curtis, Marvin G. Richardson, Curtis Gilbert, and cc's Joseph J. Allen, requesting they see the attached copy of Vasquez' Slide Firing Analysis Position Paper. AR000704.

8.     The administrative record contains evidence that Rick Vasquez explained that ATF classifications are based on NFA and GCA definitions as well as "any previous rulings or court decisions based on the GCA and the NFA." AR000705-07.

9.     The administrative record contains evidence that Vasquez, the former senior Technical Expert for the ATF, explained that the basis for determining that a slide fire stock is not a machinegun is that the device is "not designed to shoot . . . by a single function of

the trigger," and that the device was not classified as a conversion device within the meaning of the 26 U.S.C. 5845(b) definition of machinegun. AR000705-07.

10.    The administrative record contains evidence that Vasquez stated that the Firearms Technology Branch (FTB)'s opinion was submitted to "Chief Counsel and higher authority for review," and that "after much study on how the device operates, the opinion, based on definitions in the GCA and NFA" that "the Slide Fire was not a machinegun nor a firearm." AR000705-07.

11.    The administrative record contains evidence that Ross Arrends sent a summary of a briefing provided by ATF employees to Senator Cortez Masto to Earl Griffith and Joseph Allen, cc'ing Lisa Storey and William Ryan. The meeting was attended by Allen, Griffith, and Lauren Goldschmidt as well as Arrends, Melissa Garcia, and Matt Beccio from the ATF's Legal Affairs Division. Senator Cortez Masto also asked whether there was a "regulatory fix" or whether legislation would be required to ban bump stock devices. Allen responded that the legislative fix would be "straightforward and direct, whereas an attempt to [ban bump stocks] in a regulatory manner, would be challenging *given that the definition of automatic would have to be reinterpreted*." (emphasis added). AR000756-59.

Respectfully Submitted,

 /s/ Joshua Prince
Joshua Prince
D.D.C. Bar No. PA0081
Joshua@princelaw.com

/s/ Adam Kraut
Adam Kraut
D.D.C. Bar No. PA0080
AKraut@princelaw.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
*Counsel for Guedes Plaintiffs*

Stephen D. Stamboulieh
D.D.C. Bar No. MS0009
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us

Alan Alexander Beck
D.D.C. Bar No. HI001
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(615) 905-9105
alan.alexander.beck@gmail.com

*Counsel for Codrea Plaintiffs*

Erik S. Jaffe
D.C. Bar No. 440112
Schaerr | Jaffe LLP
1717 K Street NW
Suite 900
Washington, DC 20006
202-787-1060 (t)
ejaffe@schaerr-jaffe.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I, Adam Kraut, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: June 26th, 2020.

*/s/ Adam Kraut*
Adam Kraut

# Exhibit A

## DECLARATION OF ASHLEY HLEBINSKY

I, Ashley Hlebinsky, declare as follows:

I am the Curator Emerita and Senior Firearms Scholar of the Cody Firearms Museum as well as a firearms and ammunition related museum consultant, expert witness, freelance writer, guest lecturer, and founder of the newly formed Association of Firearms History and Museums. I have been retained by the plaintiffs in this matter to provide historical testimony regarding the lineages of firearms technology with a specific emphasis on the history of semi-automatic and automatic technologies and the history of machine guns to highlight that many of these features were developed over a century ago and since their development have maintained similar definitions regarding terminology. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

This declaration is executed in support of plaintiffs' motion for summary judgement.

## QUALIFICATIONS AND EXPERIENCE

I am the Curator Emerita and Senior Firearms Scholar of the Cody Firearms Museum and recently, served as Robert W. Woodruff Curator of the Cody Firearms Museum at the Buffalo Bill Center of the West for about six years. At the museum, I managed an encyclopedic collection of around 7,000 firearms. Prior to my work at the Buffalo Bill Center of the West, I researched in the Smithsonian Institution's National

Firearms Collection for about three years. During this time, I studied firearms from the 1200s through modern day. I not only studied the evolution of firearms technology but completed work on the United States Patent Office Collection, which contained functional and nonfunctional firearms prototypes submitted to the Patent Office. I also worked as a liaison between the Smithsonian Institution and the Buffalo Bill Center of the West, helping to facilitate the loan of 64 firearms from the Smithsonian collection to the Center. A large portion of that loan and subsequent loans thereafter centered around the Patent Collection and early evolution of firearms technologies. In addition to my work with the National Firearms Collection, I earned Bachelor's and Master's degrees in American History, with a certification in Museum Studies, focusing my research towards the latter half of my degree on a macro historical approach to studying how advancement of firearms technology affected industry and society, as well as the perception of those firearms within a given culture. During my time in graduate school, I was awarded the Edward Ezell Firearms Fellowship from the University of Delaware, which allowed me to complete my research on the Smithsonian collection. Additionally, I was a teaching assistant in a military history survey course. During this survey, I taught the firearms portion of the class. I am an NRA Certified Firearms Instructor, in Basic Pistol and Personal Protection Inside the Home. I simultaneously earned my Well Armed Woman Instructor Certification. At the museum, I have been responsible for the education of thousands of students from elementary through college levels, where we teach not only

firearms safety and basics, but the historical and technical evolution of the firearm. Additionally, I served as the Project Director on a $12.9 million full scale renovation and reimagining of the Cody Firearms Museum, which reopened July 6, 2019. I was responsible for all aspects of the renovation from fundraising to content. As a museum consultant, under a Wyoming-based single member LLC (The Gun Code), I conduct workshops on firearms collections, survey collections and curate exhibitions at institutions such as the Houston Museum of Natural Science, the Winchester Mystery House, CM Russell Museum & Complex, the Mob Museum, and the Adirondack Experience. I have served as a scholar for the National Park Service and the Organization of American Historians on the upcoming Coltsville National Historic Site.  I am also a freelance firearms writer, guest lecturer, on-camera firearms historian, and firearms-related television producer.

I have also made contributions to the academic study of firearms. In 2017, I developed the first full scale symposium in the United States dedicated to the study of firearms as material culture. That symposium has grown and is carried out annually. In October 2018, I also founded an academic association in the US for the study of firearms (Association of Firearms History and Museums) which is still in its early stages of development. A current copy of my Curriculum Vitae summarizing my education and experience is attached as **Exhibit 1**.

## PRIOR EXPERT WITNESS TESTIMONY

Because my research covers centuries of firearms and ammunition development, I have a large breadth of topics related to the subject matter on which I can testify. I have served as an expert witness in the following matters:

*James Miller, et al v Xavier Becerra, Attorney General of California, et al*
Report written November 2019

*Shannon Wayne Garrison, et al v Sturm, Ruger & Company, Inc.*
Report written November 2017
Deposition Testimony, Chicago, IL November 27, 2017

*Regina v Carvel Clayton*
Halifax, Nova Scotia
Report written December 2017

## SCOPE OF WORK

This declaration will provide some historical background on the interconnectivity between civilian and military firearms as well as the origins of semi-automatic and automatic firearms to provide perspective on the differences between a bump stock and the historic understanding of a machine gun.  The Cody Firearms Museum defines *machine gun* for the public simply as: An automatic firearm either portable or mounted. The museum defines *automatic* as: A firearm that fires continuously when a trigger is pressed and stops either when the trigger is released, or the firearm is out of ammunition. According to the ATF's website, two

key points on the term "*machinegun*" focus on the automatic function as well as the "single trigger pull" – since changed to "single trigger function." The opinions expressed in this declaration are mine and are not reflective of any position of the Cody Firearms Museum.

## FIREARMS HISTORY IN TERMS OF MILITARY AND CIVILIAN ARMS

As this case concerns the ability to increase the cyclic rate of a semi-automatic firearm to simulate rapid fire, this declaration will begin with the interconnection between firearms owned by civilians and the military throughout history. Today in America, semi-automatic firearms are readily available to the civilian market and utilized by the military. It is important to note that automatic firearms made before 1986 are also available for purchase to the civilian population, however, a purchaser must adhere to a more  cumbersome process and a transfer tax ($200.00 for machine guns, short barrel rifles, short barrel shotguns, silencers, and destructive devices and $5.00 for a category of firearms known as "any other weapons"). *See* 26 U.S.C. §§ 5811, 5812. Additionally, due to the regulation of machine guns stemming from the passage of the National Firearms Act of 1934 and the ban of the transfer and possession of machine guns manufactured on or after May 19, 1986 for civilians, a result of the Hughes Amendment added to the Firearms Owners Protection Act ("FOPA"), it has created a finite market of these firearms driving the price of registered automatic firearms up exponentially. The prohibition and regulation of a

specific type of firearm used in the military from the public, however, is very recent in firearms history.

It is important to note from an overall historical perspective, early firearms technology was often driven by war. However, once that technology was developed, inventors and designers pushed the boundaries of capacity for firearms. The earliest firearm, or portable gun, was the handcannon which appeared on the battlefield in the 1200s. This simple weapon utilized a touchhole and external fire source to ignite powder and fire the gun. However, despite its simplicity, the handcannon was not always single barrel, some had multiple barrels. By the 1400s, the first true ignition system, the matchlock was developed. And while only slightly more sophisticated than its predecessor, there were even revolvers made in matchlock form. By the 16th and 17th centuries, firearms existed in many forms, such as pistols, rifles, muskets, carbines and shotguns; as combination weapons; as repeaters; as breechloaders; as gas sealed guns, etc. In fact, the foundation for many technologies perceived as "modern" has some root in firearms invention centuries ago. Even the idea of a recoil operated firearm was referenced in 1663.

An additional occurrence with this rapidly advancing technology was that it became *too* advanced for battlefield use, finding popularity and use rather in the civilian population. Military firearms in a general sense were limited by tactics and government bureaucracy while civilian arms, until recently, were predominantly

6

limited by individual budget. Furthermore, civilian arms could be applied in a far greater variety of uses (e.g., self-defense, hunting, sport.). And while historically, civilians have had the more advanced firearms technology in their possession, not everyone could afford the latest and greatest model. A more affordable option for the user and prized option for the collector was often post-war weapons surplus – i.e. weapons used *in* war were often sold on the civilian market both during and after wars' end. For example, after the American Civil War, post-war weapons surplus firearms became available on the civilian market. Soldiers could buy their firearms for as little as six dollars and many dealers and distributors sold them in their catalogs. This continued in the 20th century, with firearms such as the Springfield Model 1903 bolt action rifle and semi-automatics such as the M1 Garand. Even today, through the Civilian Marksmanship Program, civilians can purchase certain military rifles and pistols. Thus, there has always been an ebb and flow of civilian and military firearms for centuries and the modern assertion that civilians should not have, as the political phrase states, "weapons of war," flies in the face of the entirety of firearms history, where people have generally been able to own and possess the same type of firearms found on the battlefield *or* more advanced technologies on the civilian market.

## SEMI-AUTOMATIC AND AUTOMATIC TECHNOLOGY

While often perceived as modern, semi-automatic and automatic technologies

7

were invented in the 1880s. In fact, some semi-automatic firearms predate the Gun Control Act of 1968's cut-off date for antique firearms (1898) and therefore, under federal law are not "firearms". *See* 18 U.S.C. 921(a)(16). A majority of firearms produced today are semi-automatic rifles, pistols or shotguns. Semi-automatic operation involves a trigger press each time to fire one round, eject a spent case, and load another round to be fired. The Mannlicher rifle is generally attributed to be the first semi-automatic rifle. Handguns followed shortly after. An early design was Hugo Borchardt's C-93 with detachable magazine. The Mauser C-96 followed, as did the John Moses Browning's Model 1899/1900 pistols. In the 20th century, millions of semi-automatic firearms have been made by countless companies and are used both by the civilian population and the military.

The magazine, which is typically associated with semi-automatic, and sometimes automatic, technology is even older. In the mid-1600s in Italy, the Lorenzoni system was developed and then imitated by many designers in long gun and pistol form. This gun was a flintlock, magazine-fed repeater that fired around seven shots before having to reload. A century later the Girardoni (1779) air rifle could fire about 20 rounds from a tubular magazine. By the mid-1800s many firearms both obscure and common had magazine capacities over ten rounds. Certain Luger semi-automatic pistols in the 1900s had the option of a 32-round drum magazine. And the Gatling Gun, patented in 1862, could fire several hundred rounds

a minute. Even a Winchester Model 1903 rifle could be fixed with a Sabo 96-round detachable tubular magazine.

The box magazines seen with an AR platform semi-automatic firearm today - the type of firearm most readily associated with the bump stock - were originally patented by a series of designers, including Rollin White in 1855. A detachable version was patented in 1864 by Robert Wilson. A vertically stacked box magazine was patented by James Paris Lee in 1879 which was applied to several rifles including the Mannlicher.

At the same time, semi-automatic technology was developed so too was automatic - in fact, automatic predates semi-automatic slightly. Automatic firearms have the capability to fire continuously through one depression of the trigger, until the trigger is released, it malfunctions, or runs out of ammunition. As previously stated, the original idea for a recoil operated firearm was referenced in the 1600s. Often, early firearms such as the Puckle Gun (1718) and other early "rapid firing" guns are considered the foundation for the idea of a machine gun. And while the concept of rapid fire and firing as many rounds as quickly as possible had been sought for centuries, the label of those early firearms as machine guns is presentist. Even the Gatling Gun is often inaccurately labeled as a "machine gun," because of its ability to fire hundreds of rounds a minute. According to the patent document, the drawing has the subtitle, machine gun, however nowhere in the document does it

call the invention that, rather it is a machine that is a gun. Furthermore, it has been legally determined to *not* be a machine gun.  It is an improvement on a repeating and revolving firearm, more accurately dubbed a repeating rifle battery, operating off a hand crank rather than a trigger, in which the cyclic rate is influenced by the user's speed and ability - similar to the bump stock needing the user to push the firearm forward in order to increase the rate of fire. The first true successful machine gun is often attributed to Hiram Stevens Maxim around 1883. Once he came out with his automatic technology, others, such as John Moses Browning, quickly developed their own. The popularity of the machine gun grew so much that it was a key firearm used in the Battle of San Juan Hill of the Spanish American War in 1898 and more widely by World War I.

To my knowledge, the terms for semi-automatic and automatic technologies, as well as machine guns have not changed much since their invention, despite the sometimes confusing colloquialisms people use for terminology and the fact that other types of firearms are able to achieve fast cyclic rates, whether intentionally or unintentionally. In fact, the entirety of firearms development has been dedicated to the advancement of the technology to improve not only accuracy and precision, but ways to aid in more effective operation of a firearm or increase speed. As previously mentioned, the earliest handheld firearms were handcannons. These weapons came in several configurations but did not have traditional stocks – sometimes they were

10

merely a miniature tube-like cannon and other times they had handles. However, that design made it difficult to aim and hold onto the weapon during operation.[1] As technology advanced, more traditional stocks appeared on firearms which made it easier to wield from the shoulder or grip with the hand. Even those designs continued to evolve – utilizing curvatures and different shapes to better fit the user's shoulder or grip. Today, stock design continues to change with ways to better stabilize the firearm depending on its particular purpose. For example, the development of thumbhole stocks to balance the firearm for target and Olympic shooting or an adjustable stock to fit the size of the user and help them control the firearm and reset quickly for repeating functions. Another example is a pistol grip on a firearm which technically originated in the 19th century to help convert a pistol to a rifle/carbine and steady the user, often when on horseback. Even sporting clothes, such as jackets and vests with shoulder padding, improve stability and reduce the effort required to maintain control of a rifle or shotgun by absorbing, directing, and dampening some of the recoil from firing a shot.

In addition to designs and shapes of the firearms to stabilize the shot, so many facets of a firearm have been fine-tuned over centuries to better equip a firearm to serve its intended function, including but not limited to triggers, trigger guards,

---

[1] In fact, when I personally fired a handcannon, I had to nestle the back of the handle between my arm and my side in order to maintain control of the weapon.

sights, barrels, rifling, muzzle brakes, recoil compensators, etc. Such improvements often reduced the amount of manual effort required to maintain the stability of aim when shooting a weapon and allowed for more consistent shooting over multiple shots in a row. It's important to note though that firearms are designed for different purposes. Some are made for precision; some for speed; and they all serve an array of different functions for self-defense, target shooting, hunting, military, etc. And while these changes may decrease the reset time for faster firing or stabilize the gun for accuracy, they are still ancillary to the action of the gun itself and therefore, do not change the internal function of the gun. Another example of the change in cyclic rate is the Winchester Model 1897 slide action shotgun, invented after the first machine gun. Millions were made, as it was a popular sporting shotgun on the civilian market, as well as a shotgun used in warfare. This slide action firearm however has become famous for its "slam firing" capability - meaning that the user is able to depress the trigger and continuously work the slide increasing the shotgun's rate of fire with a single trigger depression. However, the user must manually work the slide. An argument has been made that a bump stock is different because it functions more "automatically," however, in order to get it to work, the user must *manually* push forward on the gun. With a true machine gun, the firearm does the work and all that is needed is a trigger pull without more.

## CONCLUSION

Throughout history, civilians have typically had more superior firearms than the military. They also could purchase military firearms. Since the 17th century, estate inventories in Europe showed a propensity for not only nobility but an emerging middle class to own and collect military and commission civilian arms. And while firearms terminology is often complicated with multiple names for the same thing and colloquialisms, the term machine gun has remained relatively similar since Hiram Stevens Maxim's invention in the 1880s. There have been a number of firearms throughout history with the capacity for increased cyclic rates, including athletes firing semi-automatics at similar cyclic rates to the bump stock. However, the bump stock in its configuration is neither automatic nor operates with one trigger function; therefore, it may increase the cyclic rate, but it does not convert a firearm to a machine gun. As a historian and museum professional who must abide by federal, state, and local gun laws, there are unintended consequences to randomly changing the longstanding definitions of certain firearms terminologies. Making an executive decision to rewrite history can criminalize many Americans who own other technologies potentially affected by this ruling - firearms that have not necessarily been used in crime for over a century - and forcing museums to erase artifacts of history.

13

\*       \*       \*       \*

I declare under penalty of perjury that the foregoing true and correct. Executed on June 26, 2020.

_____

Ashley Hlebinsky

# EXHIBIT 1

**Ashley Hlebinsky Curriculum Vitae**

2313 Central Avenue Unit A
Cody, WY, 82414
Email: theguncode@gmail.com
Phone: 412-491-2493

**Education:**

Master of Arts, American History, University of Delaware, 2013
Bachelor of Arts, American History, University of Delaware, 2011

**Recent Honors/Awards:**

Wyoming Business Report's Top 40 Under 40, 2017
National Shooting Sports Foundation & Professional Outdoor Media Association's
Shooting Sports Communicator of the Year Award, 2017
Nominee – Wyoming's Non-Profit Woman of Influence, 2017

**Grants:**

National Endowment for the Humanities, 2017
Institute of Museum and Library Services, 2017
Gretchen Swanson Family Foundation, 2015, 2016, 2017, 2018, 2019, 2020
Kinnucan Arms Chair Grant, 2012

**Fellowships:**

Firearms Curatorial Resident, Buffalo Bill Center of the West, 2013
Edward Ezell Fellowship, University of Delaware, 2012
Buffalo Bill Resident Fellowship, Buffalo Bill Center of the West, 2011

**Committees and Memberships:**

Founding President – Association of Firearms History and Museums
- Academic association for the study of firearms history in United States

Founder – Arsenals of History Symposia Series
- First international symposia series on the academic study of firearms

Spokesperson – NSSF/AFSP Suicide Prevention and Project ChildSafe Programs
American Alliance of Museums – Member
American Society of Arms Collectors – Member
Winchester Arms Collectors Association – Honorary
Remington Society of Arms Collectors – Member
Weatherby Collector's Association –Life Member

**Selected Firearms-Related Professional Experience:**

Curator Emerita & Senior Firearms Scholar, Cody Firearms Museum. Buffalo Bill
Center of the West, 2020 - Present
Adjunct Scholar of Firearms History, Technology & Culture. Firearms Policy
Coalition. 2020 - Present

Consultant. Adirondack Experience. November 2019
Project Director, Cody Firearms Museum Renovation, Buffalo Bill Center of the West, Cody, WY, 2015-2019
Consultant. Winchester Mystery House, August 2019.
Consulting Scholar. National Park Service & Organization of American Historians, March 2019.
Robert W. Woodruff Curator, Cody Firearms Museum, Buffalo Bill Center of the West, Cody, WY, 2015-Present
Consulting Curator, Houston Museum of Natural Sciences, 2018 - Present
Producer. *Gun Stories with Joe Mantegna*, Outdoor Channel. 2017-Present
Consulting Producer. *Brothers in Arms***,** History Channel. 2017
Consultant/Curator. Daniel Defense, Black Creek, Georgia. 2017
Consultant, National Museum of Law Enforcement and Organized Crime (Mob Museum), Las Vegas, NV, 2016 - Present
Associate & Acting Curator, Cody Firearms Museum, Buffalo Bill Center of the West, Cody, WY, 2015
Guest Curator. C.M. Russell Museums and Complex, 2015-2016
Guest Curator. Cody Firearms Experience, 2015
Assistant Curator, Cody Firearms Museum, Buffalo Bill Center of the West, Cody, WY, 2013-2014
Teaching Assistant, The Jewish Holocaust: 1933-1945, University of Delaware, 2013
Teaching Assistant, Introduction to Military History, University of Delaware, 2012
Teaching Assistant, History Education, University of Delaware, 2011
Researcher/Fellow, National Museum of American History, Smithsonian Institution, 2010-2013
Archival Assistant, University of Delaware Special Collection, 2010-2011
Firearm Intern, Soldiers and Sailors National Memorial Hall, 2008
**Publicly Disclosed Expert Witness Testimony:**
Miller v Becerra, November 2019
Regina (Nova Scotia) v Clayton, January 2019
Garrison v Sturm, Ruger & Company, Inc. 2018
**Selected Media Appearances:**
Co-Host. *Master of Arms*. Discovery Channel, 2018.
On Camera Expert. Gun Stories with Joe Mantegna, Outdoor Channel, 2015 - Present
Re-Occurring Expert. Mysteries at the Museum, Travel Channel, 2016-Present
Re-Occurring Guest. Sportsmen of Colorado, Radio The Source 560 AM KLZ, 2014 - Present
Guest. To the Best of Our Knowledge, National Public Radio, 2016

On Camera Expert. American Genius, National Geographic, 2015
*Also appears on:* National Public Radio, Fox News, Media, Entertainment, Arts, WorldWide, Women's Outdoor News, Outdoor Life, Shooting USA, Gun Talk Media, National Shooting Sports Foundation, Discovery Channel, Travel Channel, National Geographic

*Has been profiled by: The Bourbon Review, Recoil Magazine, Outdoor Life Magazine, Guns.com, Blue Press Magazine, and many other national news outlets.*

**Selected Lectures/Panels:**
Guest Lecturer. Art of Collecting. Nevada Museum of Art. January 2020
Panelist. Firearms and Museums in the 21st Century. National Council for Public History. March 2019.
Scholars Roundtable. Coltsville National Historic Site. Organization of American Historians & National Park Service, March 2019.
Forum Speaker. The Art of the Hunt: Embellished Sporting Arms in America. New Orleans Antique Forum, August 2018
Guest Lecturer. Unloading the Gun: Firearms, History, and Museums. Yakima Valley Museum, June 2018
Guest Lecturer. Perpetrators and Protectors: The Mob, The Law and Firearms, National Museum of Law Enforcement and Organized Crime (Mob Museum), September 2017
Organizer. Arsenals of History: Firearms and Museums in the 21st Century, Buffalo Bill Center of the West, July 2017
Lecturer. The Cody Firearms Museum, Arsenals of History Symposium, Buffalo Bill Center of the West, July 2017
Moderator. Addressing the Press: Firearms and the Media, Arsenals of History Symposium, Buffalo Bill Center of the West, July 2017
Moderator. Forming an Association: Legitimizing Firearms in Academic Study, Arsenals of History Symposium, Buffalo Bill Center of the West, July 2017
Guest Lecturer. Displaying the "Politically Incorrect," C.M. Russell Museums and Complex, May 2017
Guest Lecturer. Displaying the "Politically Incorrect," Blackhawk Museum, March 2017
Panelist. Curator Roundtable, Firearms and Common Law Symposium, Aspen Institute, September 2016
Guest Lecturer. Displaying the "Politically Incorrect," Canadian Guild of Antique Arms Historians, April 2016
Guest Lecturer. The Cody Firearms Museum Renovation, American Society of Arms Collectors, September 2016

Guest Lecturer. From Protector to Perpetrator: Demystifying Firearms in History, Art Institute of Chicago, November 2015

Guest Lecturer. Winchester '73: The Illusion of Movie Making, Winchester Arms Collectors Association, July 2014

Guest Lecturer. Unloading the Six Shooter: Disassembling the Glamorization and Demonization of Firearms in the Arts, Buffalo Bill Center of the West, 2011

**Selected Firearms Exhibitions:**

Curator/Project Director. *Cody Firearms Museum Renovation*. Buffalo Bill Center of the West. Upcoming July 6, 2019

Co-Curator. *The Art of the Hunt: Embellished Sporting Arms from 1500-1800.* Houston Museum of Natural Sciences. March 2019

Curator. *Glock Makes History: The Birth of the Polymer Handgun Market*. Buffalo Bill Center of the West. June 2016

Guest Curator. *Designing the American West: The Artist and the Inventor*. C.M. Russell Museum & Complex. February 2016

Curator. *The Greatest Gun Designer in History: John Moses Browning.* Buffalo Bill Center of the West. December 2015

Curator. *Journeying West: Distinctive Firearms from the Smithsonian Institution.* Buffalo Bill Center of the West. December 2015

Curator. *The Forgotten Winchester: Great Basin National Park*. Buffalo Bill Center of the West. June 2015

Curator. Western Firearms Gallery, including *Shoot for the Stars: The Tradition of Cowboy Action Shooting*. Buffalo Bill Center of the West. April 2015.

Curator. *Steel Sculptures: Engraving Individuality from Mass Production*. Buffalo Bill Center of the West. Winter 2014.

**Certifications:**

Certified Firearms Instructor, Basic Pistol, 2016

Certified Firearms Instructor, Personal Protection Inside the Home, 2016

Well Armed Woman Instructor Certification, 2016

Museum Studies Certification, University of Delaware, 2013

**Publication History**

**Books:**

Co-Author. *Fifty Featured Firearms at the Buffalo Bill Center of the West*. Mowbray Publication: Rhode Island, 2017 (in process)

Contributor. *Buffalo Bill Center of the West.* Buffalo Bill Center of the West: Cody, WY, 2016.

**Articles:**

Author. "Burton Light Machine Rifle." *Recoil Magazine*. October, 2019

Founder/Editor/Author. Arsenals of History Journal, Annual Publication, 2018 - Present

Author. "It's Complicated: The Short Answer to Firearms, Museums and History. *Journal of the Early Republic – The Panorama*, September 2018.

Contributor. "Firearms Curator Roundtable" *Technology & Culture Journal*, August 2018

Author. "Displaying the 'Politically Incorrect.'" *CLOG X Guns*: Chicago, IL, September 2017

Author. "Does History Repeat Itself? The Smith & Wesson LadySmith." *CLOG X Guns:* Chicago, IL, September 2017

Author. "Renovating the Cody Firearms Museum." *International Committee of Museums and Collections of Arms and Military History Magazine.* Issue 17, May 2017. Pg. 38 - 41

Author. "Renovating the Cody Firearms Museum." *American Society of Arms Collectors Journal*. Fall 2016.

Author. "Glock Exhibit Opening." *Glock Magazine.* Bang Media. Annual 2017

Author. "The 28 Most Notable Guns from Remington's 200-Year History." *Outdoor Life Magazine*. Bonnier Corporation, 2016

Author. "Cassie Waters: Businesswoman of the Old West." *Guns of the Old West.* Harris Publications, Spring 2016

Author. "Making History: GLOCK Pistols at the Cody Firearms Museum" *Glock Magazine.* Harris Publications. Annual 2016

Author. "Pocket Pistols: 10 Seminal Guns from the Past 300 Years." *Pocket Pistols.* Harris Publications. 2016

Author. "The Gun that Won the Western and the Unforeseen Stars of *Winchester '73*" *Guns of the Old West.* Harris Publications.

Author. "Frontier Profile: Jedediah Strong Smith" *American Frontiersman*. Harris Publications

Author. "Frontier Legend John Johnston." *American Frontiersman.* Harris Publications

Author. "The Guns of John Johnston." *American Frontiersman.* Harris Publications

Author. "Annie Oakley VS Lillian Smith: A Female Sharpshooter Rivarly." *Guns of the Old West.* Harris Publications, Spring 2015

Author. "Icons and Has-beens." *American Handgunner*. FMG Publications, 2014

Author. "Triggering Memory: American Identity in *Cowboys and Aliens*." *Points West.* Spring 2012

Author. "Unloading the Six-Shooter: Disassembling the Glamorization and Demonization of Firearms in the Arts." *Points West*, Fall 2011.

**Columns:**

Author/Brand Ambassador. *The Bourbon Review.*

Author. *American Association for State and Local History*. Summer 2019

Author. "Weird West: Fact or Fiction" *Guns of the Old West*. Athlon Outdoors (formerly Harris Publications)

> 1st Assault Rifle
> Colt VS Winchester Revolver
> Did Winchester Really Win the West?
> Oliver Winchester's Lever Action Shotgun
> Remington Cane Gun

Author. "Cowboy Action Round Up." SHOT Show New Products. *Guns of the Old West*. Athlon Outdoors (formerly Harris Publications). 2015, 2016, 2017

**Reviews:**

Reviewer: Edited by Jonathan Obert, Andrew Poe, and Austin Sarat. Oxford: Oxford UniversityPress, 2018. *Journal of Technology & Culture*, Fall 2019

Author. "Everybody Loves an Outlaw: Taylor's Outlaw Legacy Revolver Series." *Guns of the Old West.* Harris Publications

Reviewer: Richard Rattenbury. *A Legacy in Arms: American Firearms Manufacture, Design and Artistry, 1800-1900. Chronicle of Oklahoma*, Spring 2016

**Selected Blogs & Vlogs:**

Recoil Magazine

> Weekly video series beginning October 2017 to Present

Dillon Precision

> Historical Videos on Ammunition (Upcoming)

Outdoor Life

> Top 10 Guns in American History
> Guns of the Old West: 10 Iconic Firearms and the Legendary Men (and Women) Who Shot Them
> 13 of the Biggest Gun Fails in Recent Firearms History
> Gun of the Week:
> > John Martz Luger
> > Apache Revolver

German Frei Pistol
King Louis XV Embellished Blunderbuss
Armalite AR-17 Shotgun
Getting the Christmas Goose with a Goose Rifle & Cutaway
Suppressor
Mossberg Brownie
Wesson & Leavitt Belt Revolver
William Harnett and the Faithful Colt 1890
Winchester Model 1894 Lever Action Rifle
Ruger Semi-Automatic Pistol, 1 of 5,000
Herb Parson's Winchester Model 71 Lever Action Rifle
Lincoln Head Hammer Gun
American Trap Gun
Browning Brother's Single Shot Rifle Patent
Feltman Pneumatic Machine Gun
U.S. Springfield-Allin Conversion Model 1866 Trapdoor Rifle
Winchester Wetmore-Wood Revolver
Webley-Fosbery Automatic Revolver
Hopkins & Allen XL3 Double Action Revolver
DuBiel Modern Classic Rifle
Colt Model 1877 "Thunderer" Double Action Revolver
Tom Tobin's Colt Model 1878 Frontier Revolver
Walch 10-Shot Double Hammers Pocket Revolver
Winchester Model 1887, Serial No. 1
Deringer vs Derringer
The Forgotten Winchester 1873 of Great Basin National Park
Range 365
To the One Who Got Away
Gun Review: New Glock 19 Gen 5
Ain't She a Pistol? 10 Historic Gun Ads Featuring Women
National Shooting Sports Foundation
The Gun Vault:
Winchester 1873 Found in Great Basin National Park
Col. Jeff Cooper's Colt MK IV Series 80
500+ Year Old Firearms, Matchlocks, Flintlocks
U.S. Presidents Guns
Cross Dominance Shotgun
Herb Parson's Winchester Model 71 Rifle
Audie Murphy's Colt Bisley Revolver
4 Gauge Winchester Wildfowler

7

Pocket Pistols

Henry Ford's Winchester Model 1887 Lever Action Shotgun

Tom Knapp's First Gun

Buffalo Bill Cody's Winchester 1873

Colt Model 1861 Navy Serial No. 1

Cassie Waters' Hopkins & Allen XL3 Revolver

Glock 17

The Truth About Guns

Presidential Presentation Rifles

Factory Cut-Away M16A1

1854 Smith & Wesson Repeating Rifle (Serial Number 8)

Winchester World's Fair Model 1866 Deluxe Sporting Rifle

Raymond Wielgus Collection

Gastinne-Renette Muzzleloading Percussion Target Pistols

Oliver Winchester's Jennings Repeater

Henry Ford's Winchester Model 1887

Winchester Model 1866 Musket in .44 Rimfire

English Wheellock

Southern Belle American Longrifle

Annie Oakley's Model 1892 Smoothbore Rifle

Catherine the Great of Russia's Blunderbuss Gift to King Louis XV of France

Color Case-Hardened GLOCK 43: Merging the Old West with the New

Buffalo Bill Center of the West – Unloading the Myth

The Cody Firearms Museum – Yesterday, Today, and Tomorrow

Guns of the Week – Christmas List

Guns of the Week: December 15-19

Guns of the Week – The Cody Firearms Museum

Guns of the Week – German Firearms

Guns of the Week – Scheutzenfest

Guns of the Week – Air Guns

Guns of the Week – Early Firearms Law

Guns of the Week – October 13-17

Guns of the Week – Ingenious Engineering

Guns of the Week – Remington – Smoot

Guns of the Week – September 22-26

Guns of the Week – September 15-19

Guns of the Week – September 8 -12

CSI: Firearms Museum Edition

Confessions of a Gun Historian

Art Guns: Aesthetics Over Function?
What Good's a Gun Without a Firing Pin?
Gun Installations, Trials & Tribulations
A True Test of Marital Trust and Love
Remembering Tom Knapp
Cody Firearms Museum Goes Hollywood
When Will My Firearms Go On Display
What's Your Cody Firearms Museum
To Vlog or Not to Vlog
We Don't Just Have Old Guns in Our Museum: SHOT Show 2014
Taking a Staba at Displaying More Guns
"Hi Yo Silver" Cook Away! Lone Ranger Display
The Shooting Wire
Winchester's 150th Anniversary Website
Remington's 200th Anniversary Website