UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND<br>EXPLOSIVES, *et al.*,<br><br>    Defendants.<br>_____ | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich |
| DAVID CODREA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL,<br>TOBACCO, FIREARMS AND<br>EXPLOSIVES, *et al.*,<br><br>    Defendants.<br>_____ | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

# [PROPOSED] ORDER

In light of Defendants' Motion for Summary Judgment, Plaintiffs' Cross-Motion for Summary Judgment, and the responses and replies thereof, it is **HEREBY ORDERED** that:

1) Plaintiffs' Cross-Motion for Summary Judgment is **GRANTED**; and

2) Defendants' Motion for Summary Judgment is **DENIED**.

i

Judgment is hereby entered for Plaintiffs.

**IT IS SO ORDERED.**

_____  _____
Date                                                                    United States District Judge