UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>    Defendants. )<br>)<br>_____ ) | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich |
| DAVID CODREA, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

**PLAINTIFFS' CONSENT MOTION TO AMEND PLAINTIFFS'
MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF
<u>PLAINTIFFS' CROSS -MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiffs, by and through their counsel of record, file this motion pursuant to LCvR 7(i) and request leave to amend their Memorandum of Points and Authorities, filed on June 26, 2020. Several edits were missed in the "Takings" section of the Memorandum, and Plaintiffs desire to correct the mistake. Plaintiffs' counsel conferred with counsel for Defendants and requested their position on Plaintiffs' request on June 30, 2020 by email. Counsel for Defendants consented to Plaintiffs' request to file a correct brief, with the caveat that Plaintiffs provide Defendants' counsel a courtesy copy by overnight FedEx or similar overnight delivery due to the telework environment. Plaintiffs have agreed to provide that courtesy copy.

In according with LCvR 7(i), the Amended Memorandum of Points and Authorities accompanies this filing, in both redlined and clean versions. A proposed order is also attached. Due to the straightforward nature of this request, Plaintiffs request to be excused from the requirement of a Statement of Points and Authorities pursuant to LCvR 7(a).

Respectfully Submitted,

/s/ Joshua Prince
Joshua Prince
D.D.C. Bar No. PA0081
Joshua@princelaw.com

/s/ Adam Kraut
Adam Kraut
D.D.C. Bar No. PA0080
AKraut@princelaw.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
*Counsel for Guedes Plaintiffs*

Stephen D. Stamboulieh
D.D.C. Bar No. MS0009
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us

Alan Alexander Beck
D.D.C. Bar No. HI001
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(615) 905-9105
alan.alexander.beck@gmail.com

*Counsel for Codrea Plaintiffs*

Erik S. Jaffe
D.C. Bar No. 440112
Schaerr | Jaffe LLP
1717 K Street NW
Suite 900
Washington, DC 20006
202-787-1060 (t)
ejaffe@schaerr-jaffe.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I, Adam Kraut, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: July 8th, 2020.

*/s/ Adam Kraut*
Adam Kraut