UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>  Defendants. )<br>_____ )<br>)<br>DAVID CODREA, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, )<br>TOBACCO, FIREARMS AND )<br>EXPLOSIVES, *et al.*, )<br>)<br>  Defendants. )<br>_____ ) | Case No. 1:18-cv-02988-DLF<br>The Hon. Judge Friedrich<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

## **[PROPOSED] ORDER**

In light of Plaintiffs' Consent Motion to Amend Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, it is HEREBY ORDERED that:

1. Plaintiffs' Consent Motion to Amend is GRANTED; and

2. Plaintiffs' Amended Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, attached to Plaintiffs' Motion, is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

_____    _____
Date                                                                  United States District Judge