UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:18-cv-02988-DLF |
| | ) The Hon. Judge Friedrich |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| DAVID CODREA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:18-cv-03086-DLF |
| | ) The Hon. Judge Friedrich |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFFS' NOTICE TO THE COURT OF THE ORDER OF THE TENTH CIRCUIT GRANTING EN BANC REHEARING IN *APOSHIAN V. WILLIAM BARR*, *ET AL*., NO. 19-4036**

Plaintiffs respectfully bring to this Court's attention the September 4, 2020 Order from the Tenth Circuit granting the Petition for Rehearing En Banc in *W. Clark Aposhian v. William Barr*, *et al.*, No. 19-4036 (attached). The Order provides the panel's "May 7,

2010 judgment is VACATED," that the "matter is REOPENED" and that "this entire case will be reheard en banc."

The Tenth Circuit requested supplemental briefing on five points specified in the order, each of which also bear on this case.  Four of the five questions probe the nature and degree of deference, if any, that should apply in that case.  The panel's decision in *Aposhian* was cited in Defendants' Memorandum in Support of its Motion for Summary Judgment on pages 8, 10, 11 and 13 and in their Reply on pages 4, 5, and 6.

Respectfully Submitted,

/s/ Joshua Prince
Joshua Prince
D.D.C. Bar No. PA0081
Joshua@princelaw.com

/s/ Adam Kraut
Adam Kraut
D.D.C. Bar No. PA0080
AKraut@princelaw.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
*Counsel for Guedes Plaintiffs*

Stephen D. Stamboulieh
D.D.C. Bar No. MS0009
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us

Alan Alexander Beck
D.D.C. Bar No. HI001
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(615) 905-9105
alan.alexander.beck@gmail.com
*Counsel for Codrea Plaintiffs*

Erik S. Jaffe
D.C. Bar No. 440112
Schaerr | Jaffe LLP
1717 K Street NW
Suite 900
Washington, DC 20006
202-787-1060 (t)
ejaffe@schaerr-jaffe.com

*Of Counsel*

## CERTIFICATE OF SERVICE

I, Adam Kraut, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: September 8, 2020.

*/s/ Adam Kraut*
Adam Kraut