# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>Defendants. | Case No. 1:18-cv-2988-DLF<br>The Hon. Judge Friedrich |
| DAVID CODREA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES, *et al.*<br><br>Defendants. | Case No. 1:18-cv-03086-DLF<br>The Hon. Judge Friedrich |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Eric J. Soskin as counsel for Defendants in the above captioned matters. Respondents remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: December 31, 2020  Respectfully Submitted,

                JEFFREY BOSSERT CLARK
Assistant Attorney General

LESLEY G. FARBY
 Assistant Branch Director

/s/_____
ERIC J. SOSKIN (PA Bar No. 200663)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*