# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-02988-DLF <br> The Hon. Judge Friedrich |
| DAVID CODREA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-03086-DLF <br> The Hon. Judge Friedrich |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael F. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, on behalf of all Defendants in the above-captioned matters.

Dated: January 4, 2021

Respectfully submitted,

JEFFREY B. CLARK
Acting Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*

2