UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.* <br><br> Defendants. | Case No. 1:18-cv-02988-DLF <br><br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc. <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, *et al.* <br><br> Defendants. | Case No. 1:18-cv-03083-DLF |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Hashim M. Mooppan as counsel for Defendants in the above-captioned matters. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: January 14, 2021                           Respectfully submitted,

                                                  JENNIFER B. DICKEY
                                                  Acting Assistant Attorney General

                                                  CHRISTOPHER R. HALL
                                                  Assistant Branch Director

                                                  /s/ *Chetan A. Patil*
                                                  CHETAN A. PATIL
                                                  Trial Attorney
                                                  Federal Programs Branch
                                                  U.S. Department of Justice, Civil Division
                                                  P.O. Box No. 883
                                                  Ben Franklin Station
                                                  Washington, DC 20044
                                                  Telephone: (202) 305-4968
                                                  Fax: (202) 616-8470
                                                  Email: chetan.patil@usdoj.gov
                                                  *Counsel for Defendants*