UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,

    *Defendants.*

No. 18-cv-2988 (DLF)

DAVID CODREA, *et al.*,

    *Plaintiffs*,

v.

MONTY WILKINSON, Attorney General, *et al.*,

    *Defendants.*

No. 18-cv-3086 (DLF)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motions for Summary Judgment, Dkt. 38 (*Codrea*), Dkt. 61 (*Guedes*), are **GRANTED**. It is further

**ORDERED** that the plaintiffs' Cross Motions for Summary Judgment, Dkt. 44 (*Codrea*), Dkt. 62 (*Guedes*), are **DENIED.**

The Clerk of Court is directed to close this case.

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

February 19, 2021