UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDUES**, *et al.*, : | |
| : | |
| **Plaintiffs** : | |
| : | Case No. 1:18-cv-02988-DLF |
| **v.** : | |
| : | Judge Friedrich |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS, AND EXPLOSIVES**, *et al.*, : | |
| : | |
| **Defendants** : | |

## Notice of Appeal

PLEASE TAKE NOTICE that Plaintiffs Guedes, Shane Roden, Firearms Policy Foundation, Madison Society Foundation, Inc., and Florida Carry, Inc. hereby appeal to the United States Court of Appeals for the District of Columbia from the Court's Order and Memorandum entered on February 19, 2021 [ECF Doc. 73 and Doc. 74].

Dated: February 19, 2021

Respectfully submitted,

/s/ Adam Kraut
Adam Kraut
D.C. Bar No. PA0080
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 x 81115
akraut@CivilRightsDefenseFirm.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2021, I electronically filed Plaintiffs' Notice of Appeal with the clerk of the court by using the EM/ECF system. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

Date: February 19, 2021

Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut
D.C. Bar No. PA0080
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 x 81115

akraut@CivilRightsDefenseFirm.com