UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.* <br><br> Defendants. | Case No. 1:18-cv-02988-DLF <br><br> Judge Friedrich |
| FIREARMS POLICY COALITION, Inc. <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, *et al.* <br><br> Defendants. | Case No. 1:18-cv-03083-DLF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Rebecca Cutri-Kohart, hereby withdraw my appearance as counsel in this case. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated: October 13, 2022                              Respectfully submitted,

1

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Rebecca Cutri-Kohart*
REBECCA CUTRI-KOHART (DC Bar # 1049030)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-0265
Fax: (202) 616-8470
Email: rebecca.cutri-kohart@usdoj.gov
*Counsel for Defendants*