# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5045** | **September Term, 2022** |
| | **1:18-cv-02988-DLF** |
| | **Filed On: May 10, 2023** [1998743] |

Damien Guedes, et al.,

    Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

    Appellees

## M A N D A T E

    In accordance with the judgment of August 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                   BY:   /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the judgment filed August 9, 2022