# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 21-5045** | **September Term, 2021** |
| | FILED ON: AUGUST 9, 2022 |

DAMIEN GUEDES, ET AL.,
    APPELLANTS

FIREARMS POLICY COALITION, INC.,
    APPELLEE

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-02988)

Before: SRINIVASAN, *Chief Judge*, WILKINS, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:    /s/

          Daniel J. Reidy
          Deputy Clerk

Date: August 9, 2022

Opinion for the court filed by Circuit Judge Wilkins.