UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIEN GUEDES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS, AND EXPLOSIVES ("ATF"), *et al.*<br><br>Defendants. | Case No.  1:18-cv-02988-DLF<br><br>Judge Friedrich |
| FIREARMS POLICY COALITION, INC.<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WHITAKER, *et al.*<br><br>Defendants. | Case No.  1:18-cv-03083-DLF |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matters.  Please note the following contact information for Ms. Widas:

United States Department of Justice
Alexandra Widas
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

1

Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: alexandra.j.widas@usdoj.gov

Dated: October 16, 2024	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ Alexandra Widas
Alexandra Widas (D.C. Bar No. 1645372)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: alexandra.j.widas@usdoj.gov

*Counsel for Defendants*