## CERTIFICATE OF SERVICE

     I, Adam Kraut, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: October 22, 2024

                                            */s/ Adam Kraut*
                                            Adam Kraut