UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES, *et al.*,

               Plaintiffs,

v.                                                      Civil Action No. 1:18-cv-2988

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

               Defendants.

**JOINT STATUS REPORT**

Pursuant to this Court's October 16, 2024 Minute Order, the Parties respectfully submit the following Joint Status Report: The Parties have been engaged in discussions about potential ways to resolve this case following the Supreme Court's decision in *Garland v. Cargill*, 602 U.S. 406 (2024). As part of those discussions, Plaintiffs are preparing a proposal for consideration by Defendants. Defendants will then begin the process of evaluating that proposal and seeking the necessary approvals for settlement. The Parties are optimistic that they will be able to come to an agreement that would obviate the need for further proceedings. Accordingly, the Parties respectfully ask that this Court continue to hold the case in abeyance while those discussions continue and propose to submit another Joint Status Report in sixty (60) days.

Dated: November 15, 2024                                Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

BRIGHAM J. BOWEN
*Assistant Branch Director*
Federal Programs Branch

*/s/ Olivia G. Horton*
OLIVIA G. HORTON (TX Bar No. 24120357)
ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
ALEXANDRA J. WIDAS (DC Bar No. 1645372)
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov

*Counsel for Defendants*

/s/ Joshua Prince
Joshua Prince
DC Bar No. PA0081
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
888-202-9297   ext. 81114
610-400-8439 (fax)
Joshua@CivilRightsDefenseFirm.com

*Counsel for Guedes Plaintiffs*