UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAMIEN GUEDES, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-2988<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to this Court's November 15, 2024 Minute Order, the Parties respectfully submit the following Joint Status Report, which includes a proposed judgment that is consistent with the judgment this Court entered in *Codrea v. ATF*, 1:18-cv-3086, ECF No. 62.

**Background**

As this Court is aware, in *Cargill v. Garland*, 602 U.S. 406 (2024), the Supreme Court held that Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") exceeded its statutory authority by issuing the rule Plaintiffs challenge here, Bump-Stock-Type Devices, 84 Fed. Reg. 9239 (Mar. 14, 2019), which classified a bump stock as a "machinegun" under 26 U.S.C. § 5845(b). *See also Hardin v. ATF*, 65 F.4th 895 (6th Cir. 2023) (holding that the National Firearms Act's definition of a "machinegun," 26 U.S.C. § 5845(b), does not encompass bump stocks), *cert. denied sub nom. Garland v. Hardin*, 144 S. Ct. 2680 (2024) (mem.). In the Fifth Circuit's *en banc* decision, affirmed by the Supreme Court, *Cargill* was remanded to the district court "to enter judgment for [plaintiff] and to determine the proper scope of relief." 57 F.4th 447, 472 (5th Cir. 2023) (en banc). On remand, the district court granted plaintiff declaratory relief, stating that plaintiff "has the right to possess and transfer non-

mechanical bump stocks under federal law," and vacating the rule. *Cargill*, No. 1:19-cv-349, ECF No. 100 (W.D. Tex. Nov. 4. 2024).

**Proposed Judgment**

The parties jointly propose the following language for a final Order in this matter:

1. Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, it is ORDERED and ADJUDGED that judgment is entered for the plaintiffs.

2. The Court DECLARES that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) rule titled Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26,2018) (Bump-Stock Rule) was issued in excess of ATF's statutory authority and is therefore unlawful. *See Garland v. Cargill*, 602 U.S. 406, 415 (2024).

3. Plaintiffs' Fifth Amendment Takings Clause claim is DISMISSED WITHOUT PREJUDICE.

4. It is ORDERED that the plaintiffs shall file any motion for attorney's fees on or before February 13, 2025.

Dated: January 14, 2025

Respectfully submitted,

/s/ Joshua Prince
Joshua Prince
DC Bar No. PA0081
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
888-202-9297   ext. 81114
610-400-8439 (fax)
Joshua@CivilRightsDefenseFirm.com

*Counsel for Guedes Plaintiffs*


BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Deputy Branch Director*

/s/ Olivia G. Horton
OLIVIA G. HORTON (TX Bar No. 24120357)

ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
ALEXANDRA WIDAS (D.C. Bar No. 1645372)
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov
*Counsel for Defendants*