# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants.*

No. 18-cv-02988 (DLF)

## ORDER

Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, it is **ORDERED** and **ADJUDGED** that judgment is entered for the plaintiffs. The Court further

**DECLARES** that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) rule titled Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) (Bump-Stock Rule) was issued in excess of ATF's statutory authority and is therefore unlawful. See Garland v. Cargill, 602 U.S. 406, 415 (2024). It is further

**ORDERED** that the Plaintiffs' Fifth Amendment Takings Clause claim is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that the plaintiffs shall file any motion for attorney's fees on or before February 13, 2025.

*[signature]*

DABNEY L. FRIEDRICH
United States District Judge

January 15, 2025