UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIEN GUEDES, *et al.*,  )
　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　)
　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　)　Civil Action No. 1:18-cv-2988
　　　　　　　　　　　　　　)
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES, *et al.*, )
　　　　　　　　　　　　　　)
　　　　　　　Defendants.　 )

## MOTION TO WITHDRAWAL

Pursuant to LCvR 83.6(c), as a result of an irreconcilable dispute with Plaintiff Firearms Policy Foundation, the undersigned hereby moves to have his appearance withdrawn as to all Plaintiffs in this matter. Although Plaintiff Firearm Policy Foundation informed the undersigned on January 5, 2025 that substitute counsel would be procured by January 10, 2025, no attorney has contacted the undersigned to substitute his appearance, nor has any attorney entered his appearance. At the time of filing this motion, Plaintiffs Guedes, Roden, and Florida Carry, Inc have informed the undersigned that they do not oppose this request.

Pursuant to LCvR 83.6(c), the undersigned hereby gives notice to the parties to obtain other counsel, or, if any party intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within seven (7) days of service of this motion

Pursuant to LCvR 83.6(c), the undersigned is serving this motion on all Plaintiffs.

Dated: January 30, 2025					Respectfully submitted,

                                            /s/ Joshua Prince
                                            Joshua Prince
                                            DC Bar No. PA0081
                                            Civil Rights Defense Firm, P.C.
                                            646 Lenape Road
                                            Bechtelsville, PA 19505
                                            888-202-9297   ext. 81114
                                            610-400-8439 (fax)
                                            Joshua@CivilRightsDefenseFirm.com

                                            *Counsel for Guedes Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joshua Prince, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record. Pursuant to LCvR 83.6(c), on this day, I have served a copy of this motion on the following:

    Cody J. Wisniewski
    President and CEO
    Firearms Policy Foundation
    4212 North Freeway Boulevard, Suite 6
    Sacramento, CA 95834
    cwi@fpcafhq.org

    Madison Society Foundation, Inc.
    210 South Sierra Avenue, Suite 204
    Oakdale, CA 95361
    President@madisonsocietyfoundation.org

    Sean Caranna
    Executive Director
    Florida Carry, Inc.
    P.O. Box 1024
    Lehigh Acres, FL 33970-1024
    sean@floridacarry.org

    Shane Roden
    sroden605@gmail.com

    Damien Guedes
    dmg091979@gmail.com

Dated: January 30, 2025

*/s/ Joshua Prince*

Joshua Prince

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DAMIEN GUEDES, *et al.*,             )
                                    )
          Plaintiffs,                )
                                    )
     v.                              )   Civil Action No. 1:18-cv-2988
                                    )
BUREAU OF ALCOHOL, TOBACCO,          )
FIREARMS AND EXPLOSIVES, *et al.*,   )
                                    )
          Defendants.                )
_____ )

ORDER

AND NOW, this _____ day of _____, 2025, Attorney Joshua Prince's Motion to Withdrawal is **GRANTED**. The Clerk is directed to withdrawal Attorney Prince's appearance on behalf of all Plaintiffs.

_____

DABNEY L. FRIEDRICH
United States District Judge