# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMIEN GUEDES,** *et al.* : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v.  : | Docket No. 1:18-cv-2988 |
| : | |
| **BUREAU OF ALCOHOL, TOBACCO,** : | |
| **FIREARMS AND EXPLOSIVES,** *et al.* : | |
| : | |
| **Defendants** : | |

## NOTICE REGARDING ATTORNEY'S FEES

Plaintiffs write to notify the Court that they will not be seeking attorney's fees in this matter. The Court may therefore close the case.

February 12, 2025                              Respectfully Submitted,

/s/ Peter A. Patterson
Peter A. Patterson (Bar No. 998668)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
ppatterson@cooperkirk.com
(202) 220-9600

Attorney for Plaintiffs